UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Louisiana-Pacific Corporation and
Louisiana-Pacific Canada Ltd.,

Court File No. 1:12-cv-625

Plaintiffs,

v.

**Motion for Leave to File
Complaint Under Seal**

Akzo Nobel Coatings, Inc., Akzo Nobel
Coatings, Ltd, and John Does 1-10,

Defendants.

# EXHIBIT A

# FILED UNDER SEAL