UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Louisiana-Pacific Corporation and<br>Louisiana-Pacific Canada Ltd.,<br><br>        Plaintiffs,<br><br>        v.<br><br>Akzo Nobel Coatings, Inc. and Akzo<br>Nobel Coatings, Ltd.,<br><br>        Defendants. | Civil Action No.: 1:12-cv-625 |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Louisiana-Pacific Corp., who is a Plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   [ X ]   YES          [ ]   NO

2. Does party have any parent corporations?
   [ ]   YES          [ X ]   NO

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations: N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   [ ]   YES          [ X ]   NO

   If yes, identify all such owners:  N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    [ ]  YES          [ X ]  NO

    If yes, identify entity and nature of interest:  N/A


Signature:  /s/ Richard T. Boyette          Date:  June 22, 2012