UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Louisiana-Pacific Corporation and<br>Louisiana-Pacific Canada Ltd.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Akzo Nobel Coatings, Inc., Akzo Nobel<br>Coatings, Ltd., and John Does 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 1:12-cv-625<br>)<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Akzo Nobel Coatings, Inc., who is a named defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes            ( X ) No

2. Does party have any parent corporations?

    ( X ) Yes          ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: <u>Akzo Nobel Finance United States, Inc. is the parent corporation. Akzo Nobel, Inc. is the grandparent corporation. Akzo Nobel NV is the great-grandparent corporation.</u>

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes            ( X ) No

    If yes, identify all such owners: <u>Not applicable</u>

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes            ( X ) No

If yes, identify entity and nature of interest:  Not applicable

This the 1st day of August, 2012.

/s/ Alan W. Duncan
Alan W. Duncan
N.C. State Bar No. 8736
Stephen M. Russell, Jr.
N.C. State Bar No. 35552
SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
Telephone:  336-378-5200
Facsimile:  336-378-5400
alan.duncan@smithmoorelaw.com
steve.russell@smithmoorelaw.com

*Attorneys for Defendant Akzo Nobel Coatings, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send the notification of such filing to the following:

>Richard T. Boyette (rtb@cshlaw.com)
>*Attorney for Plaintiffs*

This the 1st day of August, 2012.

>/s/ Alan W. Duncan
>Alan W. Duncan
>N.C. State Bar No. 8736
>alan.duncan@smithmoorelaw.com