UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Louisiana-Pacific Corporation and<br>Louisiana-Pacific Canada Ltd.,<br><br>        Plaintiffs,<br><br>vs.<br><br>Akzo Nobel Coatings, Inc., Akzo Nobel<br>Coatings, Ltd., and John Does 1-10,<br><br>        Defendants. | Case No.: 1:12-cv-625 |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Akzo Nobel Coatings Ltd., who is a named defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    (  ) Yes          (X) No

2. Does party have any parent corporations?

    (X) Yes          (  ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: <u>Akzo Nobel Coatings International BV (The Netherlands), a privately owned company, owns 100% of the stock of Akzo Nobel Coatings Ltd. and is the parent corporation. Akzo Nobel NV is the grandparent corporation.</u>

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    (  ) Yes          (X) No

5288413 v1

Case 1:12-cv-00625-WO-JLW   Document 23   Filed 09/24/12   Page 1 of 3

If yes, identify all such owners:  Not applicable

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

      ( ) Yes      ( X ) No

If yes, identify entity and nature of interest:  Not applicable

This the 24th day of September, 2012.

    /s/ Alan W. Duncan
    Alan W. Duncan
    N.C. State Bar No. 8736
    Stephen M. Russell, Jr.
    N.C. State Bar No. 35552
    SMITH MOORE LEATHERWOOD LLP
    300 N. Greene Street, Suite 1400
    Greensboro, NC 27401
    Telephone:  336-378-5200
    Facsimile:  336-378-5400
    alan.duncan@smithmoorelaw.com
    steve.russell@smithmoorelaw.com

*Attorneys for Akzo Nobel Coatings Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that on this date the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send the notification of such filing to the following:

>Richard T. Boyette (rtb@cshlaw.com)
>*Attorney for Plaintiffs*

This the 24th day of September, 2012.

>/s/ Alan W. Duncan
>Alan W. Duncan
>N.C. State Bar No. 8736
>alan.duncan@smithmoorelaw.com