UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Louisiana-Pacific Corporation and <br> Louisiana-Pacific Canada Ltd., <br><br> Plaintiffs, <br><br> vs. <br><br> Akzo Nobel Coatings, Inc., Akzo <br> Nobel Coatings, Ltd., and John Does 1-10, <br><br> Defendants. | Case No.: 1:12-cv-625 |

## AFFIDAVIT OF MARTINE BAZINET

I, Martine Bazinet, do hereby declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct:

1. My name is Martine Bazinet, and I am a resident of Canada. I am an adult over twenty-one (21) years of age.

2. I am Corporate Secretary of Akzo Nobel Coatings Ltd. ("Akzo Nobel"), a corporation organized and existing under the laws of Canada, with its headquarters in Concord, Ontario. Akzo Nobel manufactures and supplies wood protective coatings exclusively through its Wood Coatings Division ("Akzo Nobel Wood Coatings"), principally located in Port Hope, Ontario.

3. The matters in this Affidavit are made on my own personal knowledge of the records available to me as Corporate Secretary of Akzo Nobel, the facts supplied to me by employees of Akzo Nobel, and my general knowledge of the business practices of

1

Akzo Nobel; they are facts which I believe would be admissible in evidence and I affirmatively state that I am competent to testify to the matters contained herein.

4. Akzo Nobel Wood Coatings has not executed a contract with or provided a warranty to a resident of North Carolina.

5. Akzo Nobel Wood Coatings has not manufactured, distributed, marketed or sold any product, including CanExcel Dual Resin M, in North Carolina.

6. Akzo Nobel Wood Coatings has not maintained offices, agents or employees in North Carolina.

7. Akzo Nobel Wood Coatings has not owned or rented property—real, personal or intellectual—in North Carolina.

8. Akzo Nobel Wood Coatings has not maintained an inventory of merchandise or materials for sale, distribution or manufacture in North Carolina.

9. Akzo Nobel Wood Coatings has not rendered services to residents of North Carolina for CanExel Dual Resin M.

10. Akzo Nobel Wood Coatings has not been a shareholder of any company incorporated and existing under the laws of North Carolina.

11. Akzo Nobel Wood Coatings has not been a partner in a partnership or joint venture operating in North Carolina.

12. Akzo Nobel Wood Coatings has not been registered, licensed or qualified to do business in North Carolina.

13. Akzo Nobel Wood Coatings has not filed, nor has it been required to file, a tax return with the State of North Carolina.

14. Akzo Nobel Wood Coatings has not maintained a mailing address, telephone listing or bank account in North Carolina.

15. Akzo Nobel Wood Coatings has not maintained an action or suit in North Carolina.

16. Akzo Nobel Wood Coatings has not held any formal or informal meetings of its shareholders in North Carolina.

17. Akzo Nobel Wood Coatings has not maintained business records in North Carolina.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 31, 2012

_____
MARTINE BAZINET
SECRETARY, AKZO NOBEL COATINGS LTD.

STATE OF Ohio )
 ) SS:
COUNTY OF Cuyahoga )

BEFORE ME, a Notary Public in and for said County, personally appeared Martine Bazinet, who acknowledges that she did sign said instrument and that instrument is her voluntary act and deed.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this 31st day of Oct, 2012.

_____
Notary Public
TANYA M. VINCI
NOTARY PUBLIC • STATE OF OHIO
Recorded in Cuyahoga County
My commission expires Dec. 9, 2013

3