## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd., | Court File No. 1:12-cv-625 |
| Plaintiffs, | |
| v. | Affidavit of David Ritter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss |
| Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10, | |
| Defendants. | |

STATE OF TENNESSEE      )
                        ) ss.
COUNTY OF WILLIAMSON    )

David Ritter, being first duly sworn, under oath, states as follows:

1. I am more than 18 years old and am competent to testify regarding all matters contained in this affidavit.

2. I am a resident of Franklin, Tennessee.

3. I am an employee of Louisiana Pacific Corp. ("LP Corp."), which is the parent company of Louisiana-Pacific Canada Ltd. ("LP Ltd."). LP Corp. is a U.S.-based corporation that operates a facility in Roaring River, North Carolina, and employs more than 300 people in the state. LP Ltd. makes and sells prefinished siding

4. I have worked for LP Corp. for 13 years. My current title is Business Team Quality and Technology Manager.

5. As part of my professional duties, I became aware in 2006 of problems related to the faulty Dual Resin M Paint that LP Ltd. purchased from Akzo Nobel Coatings, Ltd. ("Akzo Ltd.") for use on CanExel® siding.

6. The Dual Resin M paint was researched and developed primarily in North Carolina based on Akzo Ltd.'s decision to perform the work there. The formulations, modifications, and evaluations of the paint and coating processes used by LP Ltd. were made by or under the direction of Akzo Ltd. representative Forest Fleming. Mr. Fleming, who has always been based in North Carolina, made most of the critical decisions and directed the development, formulation, and testing of the Dual Resin M paint from Akzo's operations in High Point, North Carolina.

7. Mr. Fleming served as the definitive technical resource for paint Akzo Ltd. supplied to LP Ltd. for more than 10 years, and he routinely communicated with LP from his office in North Carolina. It was my understanding and experience that Akzo Ltd. and Akzo, Inc. representatives conducted virtually all activities related to the formulation and testing of the Dual Resin M paint at Akzo's operations in High Point, North Carolina. These activities included research and development, testing, and other processes related to paint formulation and application on siding.

8. Representatives from LP Ltd., including Bill Camp and Barry Smith, attended numerous meetings in North Carolina at which Mr. Fleming was present. Mr. Fleming's technical expertise and role in understanding the technical aspects of this dispute was so great that other Akzo Ltd. representatives, such as Denis Berthiaume, would defer to him

2

during meetings about the Dual Resin M paint and the processes used to apply that paint to LP's siding.

9.    Akzo Ltd. used Akzo's facilities in High Point, North Carolina, as a location to store and distribute CanExel® siding samples and retained specimens that used Dual Resin M paint to third-party testing companies in Arizona and Florida. After the third parties completed their testing, the CanExel® siding samples were sent back and stored by Akzo in High Point, North Carolina.

10.    The retained samples of CanExel® siding manufactured by LP Ltd. were also placed on "test fences" maintained by Akzo in North Carolina. To the best of my knowledge, Akzo continues to maintain these North Carolina test fences of CanExel® siding manufactured by LP Ltd. A typical test fence has hundreds of different siding samples being analyzed in exterior exposures.

11.    To the best of my knowledge, at least two third-party testing companies have siding samples coated with Dual Resin M paint. The companies are Atlas, which is located in Phoenix, Arizona, and SubTropical Testing Service, which is located in Miami, Florida.

12.    Valspar, a company that was involved in supplying other paint to LP Ltd., also has operations in High Point, North Carolina. Since LP Ltd. experienced problems with Akzo's Dual Resin M paint, LP Ltd. has purchased paint from Valspar. The individuals from Valspar involved in this transition and any documents or people with knowledge of this new paint would be located at Valspar's North Carolina facility.

13.    On numerous occasions, Mr. Fleming sent marketing materials from North Carolina to LP Ltd. representatives in Canada to solicit their business. These marketing

3

materials, sent from Akzo operations in High Point, North Carolina, included calendars, planners, and other items.

15. I attended a meeting in North Carolina in 2009 at which Mr. Fleming and Mr. Berthiaume also attended. The purpose of this meeting was to discuss problems with the formulation and performance of the Dual Resin M paint and to review samples that had been tested by a third-party in Arizona. During the meeting, Mr. Fleming stated that Akzo Ltd. should not have changed the formulation of Dual Resin M paint, which indicated to me that Mr. Fleming believed that Akzo Ltd. was to blame for the ongoing problems with the paint.

16. In January or February 2007, I attended a meeting at which LP Ltd. representatives asked Akzo representatives to reimburse LP for the significant number of warranty claims that it had paid for paint claims related to CanExel® siding on which the Dual Resin M paint had been applied. Rick Gray and Doug Gilliam, both working on behalf of Akzo Ltd., traveled from North Carolina to Canada to attend this meeting. Mr. Gray and Mr. Gilliam represented Akzo Ltd.'s interests as they attempted to negotiate and resolve the dispute.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

David Ritter

Subscribed and sworn to before me
this 25th day of November, 2012.

Notary Public
My Commission Expires : 11/4/2013
1353055

STATE
OF
TENNESSEE
NOTARY
PUBLIC
REBECCA S. WELCH
DAVIDSON COUNTY

4