# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

---

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

Court File No. 1:12-cv-625

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

---

# EXHIBIT O



**AKZO NOBEL**

March 17, 2003

Mr. Barry Smith
Louisiana Pacific Corporation
East River Plant
Post Office Box 2010
Chester, Nova Scotia Canada B0J 1J0

Dear Barry:

Three original copies of an Akzo Nobel Coatings warranty are enclosed. Signatures of two Corporate Akzo Nobel executives are on each warranty (page 10).

Please have someone at LP acknowledge receipt of the warranties with their signature on page 10 of each warranty.

Retain one original copy and send the other two back to me at:
Robert C. Matejka
Akzo Nobel Coatings Inc.
1431 Progress Avenue
High Point, NC 27261
USA

If questions arise, call me at 336-801-08972.

Sincerely,

Robert C. Matejka
Product Regulation Manager

RCM/jpk

C:     Bob Smith
       Fern Gemus
       Forest Fleming



Akzo Nobel Coatings Inc.
1431 Progress Avenue
P.O. Box 2124
High Point, NC 27261
Tel. (336) 841-5111
FAX (336) 883-9525

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 2 of 102

| | |
|---|---|
| Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd., | Court File No. 1:12-cv-625 |
| Plaintiffs, | |
| v. | **Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss** |
| Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10, | |
| Defendants. | |

# EXHIBIT P

<u>Akzo Nobel Coatings Ltd.</u>

<u>15 YEAR WARRANTY</u>

## 1. <u>SUBJECT OF WARRANTY</u>

This warranty applies to waterborne, mono-color and semi-clear coating systems consisting of (a) a basecoat and a clear topcoat (with basecoat added to a maximum of 20%) or (b) white basecoat only, and used to achieve certain color effects (which systems are hereinafter called Akzo Nobel Mono-color and Semi-clear Coatings Systems") supplied by Akzo Nobel Coatings Ltd.("Akzo Nobel") to Louisiana-Pacific Canada Limited, East River Plant ("L-P East River"). It is made subject to the definitions contained in paragraph 4 and to compliance with all of the conditions contained in paragraph 3.

## 2. <u>WARRANTY</u>

Akzo Nobel warrants that the Akzo Nobel Mono-color and Semi-clear Coatings Systems, consisting of the materials described in Appendix A, when applied by L-P East River in accordance with the procedure set forth in Appendix B to embossed exterior hardboard siding having the raw board quality specifications set forth in Appendix D will, provided the conditions of Section 3 are complied with, under normal atmospheric conditions:

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 4 of 102

a.   adhere satisfactorily to the substrate;

b.   not peel, blister, crack or check;

c.   vertical installation of single color (topcoated or

basecoat only) coated siding will not change color

from the effects of weathering by more than eight $\Delta E$ units.

d.   the multitone or styling effect displayed when multicolored or stained

coated siding is installed vertically shall remain visually evident upon

weathering during the warranty period.

for a period of fifteen (15) years from date of installation, on a pro-rated

basis as laid out in Appendix E, to the extent that if failure of such warranty

should occur during such fifteen (15) year period, and if, because of a

warranty extended by L-P East River to the ultimate user:

(i)   L-P East River is required to refinish the siding, Akzo Nobel will

furnish or pay for the coating and reimburse L-P East River for the

reasonable cost of surface preparation, priming if required, to refinish

the failed siding with one coat of exterior opaque paint including labor

costs for repainting, the remainder of the warranty continuing in

effect; or

(ii)     L-P East River is required to replace the siding, Akzo Nobel will reimburse

L-P East River for the reasonable cost of replacement siding, excluding installation and labor costs, as per the warranty described in Appendix E.

The warranty does not apply to failure of or damage to the siding caused by acts of God, fire, physical defacement, abrasion, improper installation, abuse or misuse of the siding, or resulting from the use of other coatings or departure from raw siding board quality specifications, referred to in Appendix D, or any other cause not arising out of a defect or deficiency in the Akzo Nobel Mono-color and Semi-clear Coatings Systems, nor any claims for blistering, peeling or cracking that result from contamination of the coatings at time of manufacture, where dust, wood particles, dirt or other impurities are incorporated in the coating surface prior to or during the curing, or from post-curing contamination nor for markings from transfer belts, wheels, abrasion, water spotting, packing, strapping or other physical defacements or deformation that occur during packaging, storing or shipping, nor where the adhesion of the coating has been affected by surface contaminations on the boards prior to coating.

4

Without prejudice to the rights of Akzo Nobel under the Warranty, and without diminution of those rights, L-P East River shall be entitled to deal directly with the holder of a customer warranty and to honor, reject, or settle any claims under such customer warranty.

### 3. CONDITIONS

The warranty is conditional upon compliance with the following:

a)    The Akzo Nobel Mono-color and Semi-clear Coatings Systems must be mixed, applied and cured in accordance with the specification set forth in Appendices A & B, on boards where complete coverage has taken place including drip edge.

b)    L-P East River must comply with the quality procedures set forth in Appendix C, and print the product code number on the reverse side of the board at the manufacturing plant during production;

c)    Damage cannot have been caused due to storage conditions, in particular by storage conditions that encourage condensation, or where the coating has been subjected to condensation, ice or snow while in a horizontal position.

d)    The coated boards are used as siding products only when they are in

position on the building structure. The warranty specifically excludes the use of ripped hard board siding as trim; or defects caused by the use of trim of any kind over the warranted piece of siding, such as color variation, mold growth and board decay.

e) All warranty claims must be made in writing to Akzo Nobel within 36 months, which is accepted as a reasonable notification period, of receipt of notice by L-P East River of a claim of failure including the production code number of the plant to which the claim applies. L-P East River will review its complaint file with Akzo Nobel on a yearly basis, as regards paint failure claims.

f) The date of siding installation must be no longer than eighteen months from the time of actual factory application of coatings; if this time period is exceeded, the warranty shall begin in the nineteenth month after coating application regardless of whether the siding is installed on a structure or remains in proper warehouse storage.

4. DEFINITIONS

"Blister or Blistering"

Means that areas of the coating are detached and raised from the underlying substrate or intermediate layers of coatings.

"Cracking or Checking, Crack or Check"

Means a break in the coating having the designated film thickness as

6

described in Appendix B which extends through the surface layer of the finish to the substrate or intermediate layers of coating of a magnitude or no worse than No. 6 as shown in       Pictorial Standards of Coating Defects of ASTM D661-93 for Cracking Resistance and ASTM D660-93 for Checking Resistance.

"Peel or Peeling"

Means the pulling away or falling away of pieces of the coating from the substrate or intermediate layers of coatings.

"Color Change from the Effects of Weathering"

Means the $\triangle E$ change when measured by Hunter Colorimeter No. 45°/0° D25-PC $\triangle$ #15610 after washing and drying the coated siding panels per agreed upon techniques by Akzo Nobel and L-P East River (for reference see ASTM D2244-93 and ASTM D3964-80).

"Normal Outdoor Atmospheric Conditions"

Does not include corrosive or aggressive atmosphere such as those contaminated with chemical fumes or liquid sprays from standing bodies of fresh or salt water.

"Film Thickness"

The film thickness is that layer of dry mil thickness above the microscopically visible board surface, including attached fibers but excluding free fibers which are encapsulated in the layer itself. See ASTM D5235-97.

"Akzo Nobel Mono-Color and Semi-Clear Coating Systems"

Means (a) basecoat and a clear topcoat (with basecoat added to a maximum of 20%) or (b) basecoat only selected from the product list in Appendix A.

"Multicolored or Stained Coated Siding"

Means siding produced by applying a special effect decorative layer to basecoated siding. Such a layer may be applied directly to the basecoat or included as pigmentation in the topcoat; but in either case a continuous layer of topcoat must protect the special color effect.

## 5. LIMITATION OF LIABILITY

This warranty is in addition to any warranty to which Akzo Nobel is bound by its standard terms and conditions, attached as Appendix G, but only to the extent expressly provided herein and without duplication of remedy.

The liability of Akzo Nobel for any failure under this warranty shall not in the aggregate exceed an amount equal to the highest invoiced value of the coatings purchased by L-P East River from Akzo Nobel during any one consecutive twelve (12) month period within the preceding 15 years, but does not include the invoiced value of the interior product finishes.

6. This warranty does not constitute an agreement by L-P East River to purchase or an agreement by Akzo Nobel to sell. Its effective date is January 2,2002, and it shall continue in effect until terminated by Akzo Nobel; at which time, advance notice of 6 months of such termination must be given to L-P East River. The warranty shall remain in effect on siding already coated and thereafter as to siding coated during the 6 month period.

7. This warranty applies only to production coated board made on and after the

effective date designated in this document and replaces the 15 year warranty with an effective date of May 17, 1997 except for panel siding designated as Stucco which is still subject to the January 11, 1988 15 year warranty.

8. This warranty is not assignable or transferable by L-P East River, other than to a successor by merger, amalgamation or corporate reorganization, without the approval of Akzo Nobel which approval cannot be unreasonably withheld.

9. Akzo Nobel representatives may assist L-P East River personnel in the operation of the coating lines, applications of the coatings, and evaluations of the finished products in the role as a resource to the customer. Quality control of the L-P East River manufacturing operations and products is not a responsibility of Akzo Nobel.

10. NO OTHER WARRANTIES OR CONDITIONS, STATUTORY OR OTHERWISE, EXPRESSED, IMPLIED, LEGAL OR CONVENTIONAL SHALL APPLY, INCLUDING WITH OUT LIMITATION ANY WARRANTIES OR CONDITIONS UNDER THE *SALE OF GOODS ACT* (NOVA SCOTIA) OR THE *INTERNATIONAL SALE OF GOODS ACT* (NOVA SCOTIA). EXCEPT AS PROVIDED HEREIN, AKZO NOBEL COATINGS INC. SHALL IN NO WAY BE RESPONSIBLE FOR ANY GENERAL, SPECIFIC, COMPENSATORY OR CONSEQUENTIAL DAMAGES RESULTING FROM THE FAILURE OF THE COATING MATERIAL OR OTHERWISE.

11. This Warranty Agreement shall be governed by and construed in accordance with the laws of the Province of Nova Scotia.

12. The parties hereto have requested that the present contract and all documents or notices resulting there from or ancillary thereto be drawn up in the English language. "Les parties présentes ont demandé que Le Contrat present et tous les documents ou avis en résultant ou subordonnées à celle-ci soient redigés en langue anglaise."

Akzo Nobel Coatings Ltd.

Per: Rad Darby

Title: Senior Vice President of Industrial Finishes

Signature:

Date: 3 | 12 | 03


Akzo Nobel Coatings Ltd.

Per: Fernand Gemus

Title: General Manager

Signature:

Date: 3 | 13 | 03


ACCEPTED BY:

L-P East River

Per: Barry Smith

Title: Mgr. Product & Process Dev.

Signature:

Date: 3 / 20 / 03

11

## APPENDIX A

## AKZO NOBEL'S PRODUCT LIST FOR L-P East River's 15 YEAR WARRANTY

Appendix A lists all coating materials which are approved for use in the production of prefinished exterior hardboard lap siding.

Akzo Nobel may need to introduce new coatings, as required. These coatings can be approved for warranty coverage by attachment of a product data sheet to this 15 year warranty.

| St. Jerome Code: | Description File | |
|---|---|---|
| 630-W031-102 | WHITE W/B T/C | (WHITE SYSTEM ONLY) |
| 630-C031-103 | HS/HG DUAL-M W/B T/C | (GLOSS ADJUSTMENT ONLY) |
| 630-C031-105 | DUAL RESIN "M' T/C | (REGULAR TOPCOAT) |
| 605-W031-097 | L/S WHITE DUAL-M B/C C | (CUR. CT. B/C COATING LINE) |
| 605-W031-099 | HH VC WHITE DUAL-M | (FOR LT COLORS HI HIDING) |
| 605-C031-110 | NEUTRAL DUAL-M B/C | (FOR DARK COLORS ONLY) |
| 605-Y031-112 | YELLOW-G DUAL-M B/C | (REGULAR BASECOAT) |
| 605-Y031-113 | Y/O DUAL-M B/C | |
| 605-R031-114 | R/O DUAL-M B/C | |
| 605-B031-115 | BLACK DUAL-M B/C | |
| 605-A031-116 | THALO BLUE DUAL-M B/C | |
| 605-W031-118 | WHITE DUAL-M B/C | |
| 605-G031-119 | GREEN 179 EDGECOAT | |
| 631-C031-010 | NEUTRAL EDGECOAT | |
| 631-Y031-012 | YELLOW-G EDGECOAT | |
| 631-Y031-013 | YELLOW OX EDGECOAT | |
| 631-R031-014 | RED OXIDE EDGECOAT | |

631-B031-015  BLACK EDGECOAT

631-A031-016  BLUE EDGECOAT

631-W031-018  WHITE EDGECOAT

631-G031-019  GREEN 179 EDGECOAT

639-C031-003  CATALYST

680-W031-061  PEAK FILLER

Mix ratios on Bright Yellow Tinters, Organic Red Tinter and Blue Tinter must be approved by Akzo Nobel before each master color is commercialized.

Mix ratios of basecoat with topcoat must not be less than 5% basecoat by volume nor more than 20% basecoat by volume for solid color topcoated products.

Mix ratios of basecoat with topcoat must not be less than 0.5% basecoat by volume or more than 20% basecoat by volume for stained or multi colored products.

## APPENDIX B

### L-P East River's Approved Substrates

Commercial lap siding cut from masters having the following L-P East River trade names and profiles:

7/16" Ridgewood, 7/16" Ultra Plank, 3/8" Ced-r'-Vue.

All panel siding is excluded.(See Article 7 for Stucco). Exterior sidings must not be used for roofing.

Akzo Nobel can accept from L-P East River new shapes and textures for 15 year warranty coverage by attachment of a covering letter to this 15 year warranty.

### Application of Coatings, Cure Conditions, and Dry Film Thickness Requirements

The coatings are applied by varying pieces of production equipment so as to yield mutually agreed film thickness and at the same time minimize pinholes, craters, blisters, and mudcracks.

The coatings are cured by oven temperatures and line speeds so as to achieve a minimum board surface temperature (BST) range of 300-320°F at the end of #3 H.V.H.A. oven and a range of 340-360°F for at least ten (10) seconds at the end of the I.R. oven. (BST must be measured by heat tape and can be confirmed by infrared pyrometer).

Film thickness is to be determined by cross-sectional photomicroscopy using techniques agreed upon by Akzo Nobel and L-P East River (see Appendix H).

In using this film thickness technique, a cross section of coated board is prepared in such a way that a smooth undamaged edge showing the contours of the coating profile is obtained. Using a calibrated microscope with magnification of at least 100X, the film thickness (see definition under 4) is noted with measurements that must be taken representing each and every type of contour on the board. (See ASTM-5235-97 "Standard Test Method for Microscopical Measurement of Dry Film Thickness of Coatings on Wood Products" for additional details regarding dry film thickness.)

The minimum film thickness for textured boards needed to satisfy the terms of the warranty is indicated in Table I of this Appendix and made subject to all of the requirements of Appendix H.

15

## TABLE I

## Minimum Dry Film Thickness Requirements

### 15 Year Lap Products

| Coating System | Basecoat(mils) Range(3) | Topcoat (mils) Range(3) | Total (mils) Minimum (3) |
|---|---|---|---|
| (1) Basecoat Only | 1.5 | None | 1.5 |
| (2) Basecoat plus Topcoat | 1.1 - 1.3 | 0.3 - 0.6 | 1.5 |
| Stained or Multi Colored | 1.5 | Continuous Film | 1.5 |

(1) Applies to white product only

(2) Applies to all single color products, except white.

(3) Applies to face and edge dry film requirements

## RECOMMENDATIONS

The board should be allowed to cool to a temperature of 105°F before stacking in a face to face or face to back condition. Slip sheeting or an equivalent method mutually acceptable is to be used in the stacking process.

The protocol for sampling, microtome preparation, measuring technique and recording of results will be as described in Appendix H.

In addition, to ensure that the drip edge has the same durability as the face coating, product series 631-C031-010 thru 631-G031-019 is to be used for the edge application of the drip edge coating, which will provide greater elasticity of the coating upon exposure.

The painted board must be relatively free of blisters, pin-holes, and mudcracks or other physical defects which might occur during application or cure.

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 18 of 102

## APPENDIX C

L-P East River QUALITY PROCEDURES

The quality procedures which must be performed are:

1. Film integrity (shall include but not be limited to the following) (to be done on production-coated board)

   - MEK rub test done once per shift
   - Tape adhesion done once per shift
   - Water immersion (boil for one (1) hour)

2. Color Control

   - All wet paint approved by colorimeter measurements before production application
   - All coated production board approved visually on an hourly basis

3. An hourly on-line check list should be maintained of operating temperatures, line speeds, oven settings, and stoppages.

## APPENDIX D

### RAW SIDING BOARD SPECIFICATIONS: FROM SOFTWOOD FURNISH:

Note: These specifications provided by ABT Canada [1] from production data in early 1996.
NOTE [1] ABT Canada was the owner of record for manufacturing operations in 1996.

| | 3/8" | | 7/16" | |
| --- | --- | --- | --- | --- |
| | Typical | Spec | Typical | Spec |
| Weight (Lbs./Sq. Ft.) | 1.75 | | 2.00 | |
| Thickness (Inches) | 0.360 | 0.330"Min | 0.400" | 0.380 Min |
| Specific Gravity | 0.93 | 0.90 Min | 0.95 | 0.90 Min |
| M.O.R. (psi) | 4800 | 3500 Min | 4500 | 3500 Min |
| Internal Bond (psi) | 100 | 75 Min | 100 | 75 Min |
| 24 Hour Water Absorption(%) | 8.0 | 8.0 Max | 7.0 | 8.0 Max |
| 24 Hour Swell (%) | 4.0 | 5.0 Max | 4.0 | 5.0 Max |
| 1 Hour Boil Swell (%) | 28. | 35. Max | 25. | 35. Max |
| *% Linear Expansion | 0.30 | 0.4 | 0.30 | 0.4 |
| (30-90% R.H.) | | | | |

### RAW SIDING BOARD SPECIFICATIONS: FROM HARDWOOD FURNISH

Note: These specifications were certified by Forintek Canada Corp. of Quebec, Canada during 2002 from production coated board
using ASTMD1037-99 "Evaluating Properties of Wood Base Fiber and Particle Panel Materials or similar Canadian test procedures.

| | 3/8" | | 7/16" | |
| --- | --- | --- | --- | --- |
| | Typical | Spec | Typical | Spec |
| Weight (Lbs./Sq. Ft.) | 1.75 | | 1.95 | |
| Thickness (Inches) | 0.360 | 0.330"Min | 0.400" | 0.380 Min |
| Specific Gravity | 0.96 | 0.94 Min | 0.95 | 0.93 Min |
| M.O.R. (psi) | 6400 | 4000 Min | 6000 | 4000 Min |
| Internal Bond (psi) | 200 | 100 Min | 200 | 100 Min |
| 24 Hour Water Absorption (%) | 8.5 | 9 Max | 7.5 | 8.0 Max |
| 24 Hour Swell (%) | 4.0 | 5.0 Max | 4.0 | 5.0 Max |
| 1 Hour Boil Swell (%) | 29. | 33. Max | 28. | 33. Max |
| *% Linear Expansion | 0.3 | 0.4 Max | 0.3 | 0.4 Max |
| (30-90% R.H.) | | | | |

## APPENDIX D (continued)

Any surface profile that is cut, grooved or worked following pressing must be free of rough surface fibers that could lead to fiber popping and film failure.

**L-P East River shall inform Akzo Nobel, in writing, of any major changes in board specifications, composition or surface treatment at least sixty (60) days before such changes are instituted; where those changes could affect the protective and decorative properties and/or the adhesion of the coatings to the board.**

## APPENDIX E

### COMPENSATION SCHEDULE

Akzo Nobel Coatings Ltd. warrants the Akzo Nobel Mono-color and Semi-Clear Coatings Systems, when applied as per the conditions set forth in Appendix B, for a period of fifteen (15) years on a pro-rated basis, as follows:

| | PERCENT COMPENSATION | |
|---|---|---|
| WARRANTED YEAR | 1) SINGLE COLOR | (2)STAINED OR MULTICOLORED |
| 1 | 100 | 100 |
| 2 | 100 | 100 |
| 3 | 100 | 100 |
| 4 | 100 | 100 |
| 5 | 100 | 100 |
| 6 | 90 | 82 |
| 7 | 80 | 64 |
| 8 | 70 | 46 |
| 9 | 60 | 28 |
| 10 | 50 | 10 |
| 11 | 40 | 8 |
| 12 | 30 | 6 |
| 13 | 20 | 4 |
| 14 | 10 | 2 |
| 15 | 10 | 2 |
| 16 | 0 | 0 |

(1) Refers to warranted article 2, item c only.
(2) Refers to warranted article 2, item d only.

Akzo Nobel Coatings Ltd., reserves the right to limit their liability to those claims only where Akzo Nobel's liability has been established pursuant to the terms of warranty contained herein.

In addition L-P East River reserves the right to change its warranty, Akzo Nobel, however, does not necessarily have liability beyond the above description of financial liability.

20

## APPENDIX F

COATING SPECIFICATIONS  (Filed Separately)

# APPENDIX G

## AKZO NOBEL STANDARD INVOICE & SALES CONDITIONS (Filed Separately)

## APPENDIX H

## PROTOCOL FOR SAMPLING, MICROTOME PREPARATION, MEASURING TECHNIQUE AND RECORDING OF RESULTS

1) The L-P East River grader randomly chooses a #1 board, twice a shift, at the 2nd and 6th hour of every shift.

2) A 1" x 2 1/8" sample representing the average texture profile is cut out of each master sample chosen at least 2 feet from either end of the board. For grooved boards, the sample has to include part of one groove.

3) A microtome is prepared by sanding and polishing the 1" x 2 1/8" sample.

4) L-P East River measures each microtome and then turns it over to Akzo Nobel for review. Akzo Nobel then returns the microtome to L-P East River for storage.

5) Akzo Nobel will agree with L-P East River measurements on a weekly basis.

6) L-P East River and Akzo Nobel agree that the dry film thickness can be designated by evaluating the dry film thickness of seven peak areas on textured board and then averaging five values of peak readings after disregarding the "high" and "low" peak readings of the seven measurements providing that no value lower than 1.2 mils is used in the averaging calculation. Such averaging techniques apply only to representative peak readings on textured boards; flat, valley and shoulder readings are not to be included in the designated dry film thickness number previously described, but flat, valley and shoulder areas must meet the minimum film thickness requirements of the warranty as described in Appendix B.

7) The results of the dry film thickness evaluation must be kept in a logbook by L-P East River along with the production date and board back stamp number for the duration of the warranty.

8) All of the above is in reference to the best method of determination toward achieving the required dry film thickness with minimum testing requirements. However, in the event of a claim relating to dry film thickness requirement, the criterion for deciding if the required film layer is adequate, would be decided from a review of the retained samples held both by Akzo Nobel and L-P East River from the actual production run in question.

If changes are necessary for the protocol, Akzo Nobel can do so by attachment of a covering letter to this 15 year warranty. For additional reference, see ASTM D5235-97 "Standard Test Method for Microscopical Measurement of Dry Film Thickness of Coatings on Wood Products".

Louisiana Pacific Corporation and Louisiana-
Pacific Canada Ltd.,

Court File No. 1:12-cv-625

Plaintiffs,

v.

**Affidavit of Shawn M. Raiter in Support
of Louisiana Pacific's Memoranda in
Opposition to Akzo Nobel Coatings,
Ltd.'s Motions to Dismiss**

Akzo Nobel Coatings, Inc., Akzo Nobel
Coatings, Ltd, and John Does 1-10,

Defendants.

# EXHIBIT R

 **ROHM HAAS**

# Material Safety Data Sheet

---

## 1. PRODUCT AND COMPANY IDENTIFICATION

**Resin A**

Revision date: 07/11/2004

**Supplier**
Rohm and Haas Company
100 Independence Mall West
Philadelphia, PA 19106-2399 United States of America

**For non-emergency information contact: 215-592-3000**
**Emergency telephone number**
Spill Emergency 215-592-3000
Health Emergency 215-592-3000
Chemtrec 800-424-9300

---

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

| Component | CAS-No. | Concentration |
|---|---|---|
| Acrylic polymer(s) | Not Hazardous | 49.0 – 51.0% |
| Residual monomers | Not Required | <500.0PPM |
| Aqua ammonia | 1336-21-6 | <=0.2% |
| Water | 7732-18-5 | 49.0 – 51.0% |

---

## 3. HAZARDS IDENTIFICATION

**Emergency Overview**

**Appearance**
Form              liquid  Milky

APR 24 2009

Colour            white

Odour                    Ammonia odor

RM-PLGU

| Hazard Summary | CAUTION!<br>INHALATION OF VAPOR OR MIST CAN CAUSE HEADACHE, NAUSEA AND IRRITATION OF THE NOSE, THROAT AND LUNGS. MAY CAUSE EYE/SKIN IRRITATION. |
|---|---|

**Potential Health Effects**

**Primary Routes of Entry:**      Inhalation
                                  Eye contact
                                  Skin contact
Eyes:Direct contact with material can cause the following:
slight irritation

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 28 of 102

Skin:Prolonged or repeated skin contact can cause the following:
slight irritation

Inhalation:Inhalation of vapor or mist can cause the following:
irritation of nose, throat, and lungs
headache
nausea

## 4. FIRST AID MEASURES

Inhalation:Move to fresh air.

Skin contact:Wash with water and soap as a precaution. If skin irritation persists, call a physician.

Eye contact:Rinse with plenty of water. If eye irritation persists, consult a specialist.

Ingestion:Drink 1 or 2 glasses of water. Consult a physician if necessary. Never give anything by mouth to an unconscious person.

## 5. FIRE-FIGHTING MEASURES

| Flash point | Noncombustible |
|---|---|
| Lower explosion limit | Not Applicable |
| Upper explosion limit | Not Applicable |
| Thermal decomposition | Thermal decomposition may yield acrylic monomers. |

Suitable extinguishing media: Use extinguishing media appropriate for surrounding fire.

Specific hazards during fire fighting:Material can splatter above 100C/212F. Dried product can burn.

Special protective equipment for fire-fighters:Wear self-contained breathing apparatus and protective suit.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions**
Use personal protective equipment.
Keep people away from and upwind of spill/leak.
Material can create slippery conditions.

**Environmental precautions**
CAUTION: Keep spills and cleaning runoff out of municipal sewers and open bodies of water.

**Methods for cleaning up**
Contain spills immediately with inert materials (e.g., sand, earth).
Transfer liquids and solid diking material to separate suitable containers for recovery or disposal.

## 7. HANDLING AND STORAGE

**Handling**
Avoid contact with eyes, skin and clothing. Wash thoroughly after handling. Keep container tightly closed. Do not breathe vapors, mist or gas.
Further information on storage conditions:Keep from freezing – product stability may be affected. STIR WELL BEFORE USE.

**Storage**
**Storage temperature:**1 - 49 °C(34 - 120 °F)
**Other data:**Monomer vapors can be evolved when material is heated during processing operations. See SECTION 8, for types of ventilation required. NOTE: Formaldehyde will be generated under acidic conditions. Maintain adequate ventilation under these conditions to prevent exposure to formaldehyde above the Rohm and Haas Co. recommended ceiling of 0.3 ppm.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

### Exposure limit(s)

Exposure limits are listed below, if they exist.

| Component | Regulation | Type of listing | Value |
|---|---|---|---|
| Aqua ammonia | Rohm and Haas | TWA | 25 ppm |
| | Rohm and Haas | STEL | 35 ppm |
| | ACGIH | TWA | 17 mg/m3   25 ppm |
| | ACGIH | STEL | 24 mg/m3   35 ppm |
| | OSHA_TRANS | PEL | 35 mg/m3   50 ppm |

**Eye protection:**safety glasses with side-shields  Eye protection worn must be compatible with respiratory protection system employed.
**Hand protection:**The glove(s) listed below may provide protection against permeation. (Gloves of other chemically resistant materials may not provide adequate protection):  Neoprene gloves

**Respiratory protection:**A respiratory protection program meeting OSHA 1910.134 and ANSI Z88.2 requirements or equivalent must be followed whenever workplace conditions warrant a respirator's use.  None required if airborne concentrations are maintained below the exposure limit listed in Exposure Limit Information.  For airborne concentrations up to 10 times the exposure limit, wear a properly fitted NIOSH approved (or equivalent) half-mask, air-purifying respirator. Air-purifying respirators should be equipped with NIOSH approved (or equivalent) ammonia/methylamine cartridges and N95 filters. If oil mist is present, use R95 or P95 filters.

**Protective measures:**Facilities storing or utilizing this material should be equipped with an eyewash facility.

**Engineering measures:**Use local exhaust ventilation with a minimum capture velocity of 100 ft/min. (0.5 m/sec.) at the point of vapor evolution. Refer to the current edition of Industrial Ventilation: A Manual of Recommended Practice published by the American Conference of Governmental Industrial Hygienists for information on the design, installation, use, and maintenance of exhaust systems.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| **Appearance** | |
| Form | liquid  Milky |
| Colour | white |
| Odour | Ammonia odor |
| **pH** | 9.4 - 10.0 |
| **Boiling point/range** | 100 °C  (212.00 °F) Water |
| **Flash point** | Noncombustible |
| **Lower explosion limit** | Not Applicable |
| **Upper explosion limit** | Not Applicable |
| **Vapour pressure** | 22.6666 mmHgat20 °C  (68.00 °F)  Water |
| **Vapour pressure** | 22.6646 Paat20 °C  (68.00 °F)  Water |
| **Relative vapour density** | <1.0 |
| **Water solubility** | Dilutable |

| | |
|---|---|
| Relative density | 1.00 - 1.20 |
| Viscosity, dynamic | 400,000 mPa.smaximum |
| Viscosity, dynamic | 400,000 mPa.smaximum |
| Evaporation rate | <1.00Water |
| Percent volatility | 49 - 51 % |

NOTE: The physical data presented above are typical values and should not be construed as a specification.

## 10. STABILITY AND REACTIVITY

| | |
|---|---|
| Hazardous reactions | None known.<br>Stable |
| Materials to avoid | There are no known materials which are incompatible with this product. |
| polymerization | Product will not undergo polymerization. |

## 11. TOXICOLOGICAL INFORMATION

No data are available for this material. The information shown is based on profiles of compositionally similar materials.

| | |
|---|---|
| Acute oral toxicity | LD50rat > 5,000 mg/kg |
| Acute dermal toxicity | LD50rabbit > 5,000 mg/kg |
| Skin irritation | rabbitMay cause transient irritation. |
| Eye irritation | rabbitNo eye irritation |

## 12. ECOLOGICAL INFORMATION

There is no data available for this product.

## 13. DISPOSAL CONSIDERATIONS

Environmental precautions:CAUTION: Keep spills and cleaning runoff out of municipal sewers and open bodies of water.

**Disposal**
Waste Classification:When a decision is made to discard this material as supplied, it does not meet RCRA's characteristic definition of ignitability, corrosivity, or reactivity, and is not listed in 40 CFR 261.33. The toxicity characteristic (TC), however, has not been evaluated by the Toxicity Characteristic Leaching Procedure (TCLP). Coagulate the emulsion by the stepwise addition of ferric chloride and lime. Remove the clear supernatant and flush to a chemical sewer. For disposal, incinerate or landfill at a permitted facility in accordance with local, state, and federal regulations.

## 14. TRANSPORT INFORMATION

### DOT

Not regulated for transport

### IMO/IMDG

Not regulated (Not dangerous for transport)
Transportation classifications may vary by container volume and may be influenced by regional or country variations in regulations

## 15. REGULATORY INFORMATION

**Workplace Classification**
This product is considered non-hazardous under the OSHA Hazard Communication Standard (29CFR1910.1200).

This product is not a 'controlled product' under the Canadian Workplace Hazardous Materials Information System (WHMIS).

**SARA TITLE III:Section 311/312 Categorizations (40CFR370):**This product is not a hazardous chemical under 29CFR 1910.1200, and therefore is not covered by Title III of SARA.

**SARA TITLE III:Section 313 Information (40CFR372)**
This product does not contain a chemical which is listed in Section 313 at or above de minimis concentrations.

**CERCLAInformation(40CFR302.4)**
Releases of this material to air, land, or water are not reportable to the National Response Center under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) or to state and local emergency planning committees under the Superfund Amendments and Reauthorization Act (SARA) Title III Section 304.

**US. Toxic Substances Control Act (TSCA)** All components of this product are in compliance with the inventory listing requirements of the U.S. Toxic Substances Control Act (TSCA) Chemical Substance Inventory.

**Pennsylvania**
Any material listed as "Not Hazardous" in the CAS REG NO. column of SECTION 2, Composition/Information On Ingredients, of this MSDS is a trade secret under the provisions of the Pennsylvania Worker and Community Right-to-Know Act.

## 16. OTHER INFORMATION

**Hazard Rating**

|  | Health | Fire | Reactivity |
|---|---|---|---|
| HMIS | 1 | 0 | 0 |

**Legend**

| ACGIH | American Conference of Governmental Industrial Hygienists |
|---|---|
| BAc | Butyl acetate |
| OSHA | Occupational Safety and Health Administration |
| PEL | Permissible Exposure Limit |
| STEL | Short Term Exposure Limit (STEL): |
| TLV | Threshold Limit Value |
| TWA | Time Weighted Average (TWA): |
| | | Bar denotes a revision from prior MSDS. |

The information provided in this Safety Data Sheet is correct to the best of our knowledge, information and belief at the date of its publication. The information given is designed only as a guidance for safe handling, use, processing, storage, transportation, disposal and release and is not to be considered a warranty or quality specification. The information relates only to the specific material designated and may not be valid for such material used in combination with any other materials or in any process, unless specified in the text.

Version:2.0

Print Date:          07/13/2004
Layout:370159

| | |
|---|---|
| Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd., | Court File No. 1:12-cv-625 |
| Plaintiffs, | |
| v. | **Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss** |
| Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10, | |
| Defendants. | |

# EXHIBIT S



## MATERIAL SAFETY DATA SHEET

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Product Name:**

| | |
|---|---|
| **Synonyms:** | None |
| **Chemical Family:** | |
| **Molecular Formula:** | Mixture |
| **Molecular Weight:** | Mixture |

CYTEC INDUSTRIES INC., FIVE GARRET MOUNTAIN PLAZA, WOODLAND PARK, NEW JERSEY 07424, USA
For Product Information call 1-800/652-6013. Outside the USA and Canada call 1-973/357-3193.

**EMERGENCY PHONE (24 hours/day) - For emergency involving spill, leak, fire, exposure or accident call:**
**Asia Pacific:**
 Australia - +61-3-9663-2130 or 1800-033-111
 China (PRC) - +86 10 5100 3039 (Carechem24 China)
 New Guinea - +61-3-9663-2130
 New Zealand - +61-3-9663-2130 or 0800-734-607
 All Others - +65 3158 1074 (Carechem24 Singapore)
**Canada:** +1-905-356-8310 (Cytec Welland, Canada plant)
**Europe/Africa/Middle East (Carechem24 UK):**
 Europe, Middle East, Africa, Israel - +44 (0) 1235 239 670
 Middle East, Africa (Arabic speaking countries) - +44 (0) 1235 239 671
**Latin America:**
 Brazil - 0800 0111 767 (SOS Cotec)
 Chile - +56-2-247-3600 (CITUC QUIMICO)
 All Others - +52-376-73 74122 (Cytec Atequiza, Mexico plant)
**USA:** +1-703-527-3887 or 1-800-424-9300 (CHEMTREC #CCN6083)

® Indicates trademark registered in the U.S. Outside the U.S., mark may be registered, pending or a trademark. Mark is or may be used under license.

## 2. HAZARDS IDENTIFICATION

### EMERGENCY OVERVIEW

**APPEARANCE AND ODOR:**

| | |
|---|---|
| Color: | colorless |
| Appearance: | liquid |
| Odor: | formaldehyde |

**STATEMENTS OF HAZARD:**
 CAUTION! COMBUSTIBLE LIQUID AND VAPOR
 MAY CAUSE EYE IRRITATION

**CHRONIC HAZARD WARNING:**
POTENTIAL CANCER HAZARD - CONTAINS FORMALDEHYDE
Risk of cancer depends on duration and level of exposure

**POTENTIAL HEALTH EFFECTS**

 **EFFECTS OF EXPOSURE:**

JAN 24 2011

The acute oral (rat) LD50 and dermal (rabbit) LD50 values are estimated to be >2000 mg/kg and 2000 mg/kg, respectively. The 4-hour inhalation (rat) LC50 value is estimated to be >5. Direct contact with this material may cause mild eye irritation. Refer to Section 11 for toxicology information on the regulated components of this product.

# 3. COMPOSITION/INFORMATION ON INGREDIENTS

## OSHA REGULATED COMPONENTS

| Component / CAS No. | % | Carcinogen |
|---|---|---|
| Formaldehyde<br>50-00-0 | < 0.25 | IARC 1<br>NTP<br>ACGIH A2 |

# 4. FIRST AID MEASURES

**Eye Contact:**
Rinse immediately with plenty of water for at least 15 minutes.

**Skin Contact:**
Wash immediately with plenty of water and soap.

**Ingestion:**
If swallowed, call a physician immediately. Only induce vomiting at the instruction of a physician. Never give anything by mouth to an unconscious person.

**Inhalation:**
Remove to fresh air. If breathing is difficult, give oxygen. Obtain medical advice if there are persistent symptoms.

# 5. FIRE-FIGHTING MEASURES

**Suitable Extinguishing Media:**
Use water spray, alcohol foam, carbon dioxide or dry chemical to extinguish fires. Water stream may be ineffective.

**Protective Equipment:**
Firefighters, and others exposed, wear self-contained breathing apparatus.

**Special Hazards:**
Keep containers cool by spraying with water if exposed to fire.

# 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions:**
Where exposure level is known, wear approved respirator suitable for level of exposure. Where exposure level is not known, wear approved, positive pressure, self-contained respirator. In addition to the protective clothing/equipment in Section 8 (Exposure Controls/Personal Protection), wear impermeable boots.

**Methods For Cleaning Up:**
Cover spills with some inert absorbent material; sweep up and place in a waste disposal container. Flush spill area with water.

**Environmental Precautions:**
None known

# 7. HANDLING AND STORAGE

### HANDLING

Precautionary Measures: Avoid contact with eyes. Wash thoroughly after handling. Keep away from heat and flame.

### Special Handling Statements: None

### STORAGE

Areas containing this material should have fire safe practices and electrical equipment in accordance with applicable regulations and/or guidelines. Standards are primarily based on the material's flashpoint, but may also take into account properties such as miscibility with water or toxicity. All local and national regulations should be followed.
In the Americas, National Fire Protection Association (NFPA) 30; Flammable and Combustible Liquids Code, is a widely used standard. NFPA 30 establishes storage conditions for the following classes of materials: Class I Flammable Liquids, Flashpoint <37.8 °C. Class II Combustible Liquids, 37.8 °C < Flashpoint <60 °C. Class IIIa Combustible Liquids, 60 °C < Flashpoint < 93 °C. Class IIIb Combustible Liquids, Flashpoint > 93 °C.

Storage Temperature: Store at 5 - 30 °C 41 - 86 °F
Reason: Quality.

# 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

### Engineering Measures:
Engineering controls are not usually necessary if good hygiene practices are followed.

### Respiratory Protection:
Where exposures are below the established exposure limit, no respiratory protection is required. Where exposures exceed the established exposure limit, use respiratory protection recommended for the material and level of exposure.

### Eye Protection:
Wear eye/face protection such as chemical splash proof goggles or face shield.

### Skin Protection:
Avoid skin contact. Wear impermeable gloves and suitable protective clothing.

### Additional Advice:
Before eating, drinking, or smoking, wash face and hands thoroughly with soap and water. It is recommended that a shower be taken after completion of workshift especially if significant contact has occurred. Work clothing should then be laundered prior to reuse. Street clothing should be stored separately from work clothing and protective equipment. Work clothing and shoes should not be taken home.

## Exposure Limit(s)

**50-00-0          Formaldehyde**

| | |
|---|---|
| OSHA (PEL): | 0.75 ppm  (TWA) |
| | 2 ppm (STEL) |
| | 2 ppm STEL 15 min |
| | 0.5 ppm Action Level |
| | 0.75 ppm TWA |
| ACGIH (TLV): | 0.3 ppm  (Ceiling) |
| Other Value: | Not established |

# 9. PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| Color: | colorless |
| Appearance: | liquid |
| Odor: | formaldehyde |
| Boiling Point: | Not available |

# 9. PHYSICAL AND CHEMICAL PROPERTIES

Melting Point:                          Not available
Vapor Pressure:                         ~18.5mm Hg
Specific Gravity/Density:               1.10 - 1.3
Vapor Density:                          Not available
Percent Volatile (% by wt.):            Negligible
pH:                                     Not available
Saturation in Air (% By Vol.):          Not available
Evaporation Rate:                       Not available
Solubility in Water:                    negligible
Volatile Organic Content:               Not available
Flash Point:·                           >68.3 °C      155 °F      Pensky-Martens Closed Cup
Flammable Limits (% By Vol):            Not available
Autoignition Temperature:               325 °C       617 °F
Decomposition Temperature:              Not available
Partition coefficient (n-              Not available
octanol/water):
Odor Threshold:                         Not available

# 10. STABILITY AND REACTIVITY

Stability:                              Stable

    Conditions To Avoid:                None known

Polymerization:                         Will not occur

    Conditions To Avoid:                None known

Materials To Avoid:                     Strong oxidizing or nitrating agents

Hazardous Decomposition                 Ammonia (NH3)
Products:                               Carbon dioxide
                                        Carbon monoxide (CO)
                                        Formaldehyde
                                        oxides of nitrogen

# 11. TOXICOLOGICAL INFORMATION

Toxicological information for the product is found under Section 2. HAZARDS IDENTIFICATION.
Toxicological information on the regulated components of this product is as follows:

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 37 of 102

# 11. TOXICOLOGICAL INFORMATION

Formaldehyde has oral (rat) and dermal (rabbit) LD50 values of 100 mg/kg and 270 mg/kg, respectively. The LC50 following a 4-hour inhalation exposure to rats is 250-478 ppm (0.31-0.59 mg/l). Irritation of the nose and throat has been observed in people exposed to formaldehyde vapor levels in excess of 1 ppm. Normal breathing may be seriously impaired at levels above 10 ppm and serious lung damage can occur at levels exceeding 50 ppm. Formaldehyde has been reported to cause pulmonary hypersensitivity in some individuals who were exposed to concentrations known to cause irritation; however, no pulmonary sensitization has been demonstrated in laboratory animal studies. Formaldehyde solutions can cause severe eye and moderate skin irritation. Repeated skin exposure to solutions of 2% or more formaldehyde has caused allergic skin reactions. Formaldehyde was found to be weakly mutagenic in a number of in vitro genotoxicity tests and positive in certain in vivo screening tests for mutagenicity. Formaldehyde did not cause birth defects in rats inhaling concentrations up to 10 ppm. However, a study using higher levels did show a slight but statistically significant reduction in male fetal body weight. Lifetime inhalation of formaldehyde vapor at concentrations above 5 ppm for 6 hours per day, caused nasal tumors in laboratory animals. The International Agency for Research on Cancer (IARC) has classified formaldehyde as a Group 1 (known) human carcinogen based on epidemiological evidence linking formaldehyde exposure to the occurrence of nasopharyngeal cancer, a rare type of cancer. IARC also found limited evidence of cancer of the nasal cavity and paranasal sinuses and insufficient evidence for an association between formaldehyde and leukemia. Inhalation caused liver and kidney damage in laboratory animal tests.

California Proposition 65 Warning (applicable in California only) - This product contains (a) chemical(s) known to the State of California to cause cancer.

# 12. ECOLOGICAL INFORMATION

This material is not readily biodegradable.

**ALGAE TEST RESULTS**

Test: Growth Inhibition (OECD 201)
Duration: 72 hr
Species: Green Algae (Desmodesmus subspicatus)

| >100 mg/l | EbC50 | Information based on a structurally similar material. |
| >100 mg/l | ErC50 | Information based on a structurally similar material. |

**FISH TEST RESULTS**

Test: Acute toxicity, freshwater (OECD 203)
Duration: 96 hr.
Species: Bluegill Sunfish (Lepomis macrochirus)

| >603.1 mg/l | LC50 | As Water Accommodating Fraction |

**INVERTEBRATE TEST RESULTS**

Test: Acute Immobilization (OECD 202)
Duration: 48 hr
Species: Water Flea (Daphnia magna)

| >100 mg/l | EC50 | Information based on a structurally similar material |

**DEGRADATION**

**Test:** Manometric Respirometry (OECD 301F)
**Duration:** 28 day
12.0 %

**Test:** Biological Oxygen Demand
**Duration:** 5 day
12.5 g/L oxygen

## 13. DISPOSAL CONSIDERATIONS

The information on RCRA waste classification and disposal methodology provided below applies only to the product, as supplied. If the material has been altered or contaminated, or it has exceeded its recommended shelf life, the guidance may be inapplicable. Hazardous waste classification under federal regulations (40 CFR Part 261 et seq) is dependent upon whether a material is a RCRA 'listed hazardous waste'or has any of the four RCRA 'hazardous waste characteristics.' Refer to 40 CFR Part 261.33 to determine if a given material to be disposed of is a RCRA 'listed hazardous waste'; information contained in Section 15 of this MSDS is not intended to indicate if the product is a 'listed hazardous waste.' RCRA Hazardous Waste Characteristics: There are four characteristics defined in 40 CFR Section 261.21-61.24: Ignitability, Corrosivity, Reactivity, and Toxicity. To determine Ignitability, see Section 9 of this MSDS (flash point). For Corrosivity, see Sections 9 and 14 (pH and DOT corrosivity). For Reactivity, see Section 10 (incompatible materials). For Toxicity, see Section 3 (composition). Federal regulations are subject to change. State and local requirements, which may differ from or be more stringent than the federal regulations, may also apply to the classification of the material if it is to be disposed. The Company encourages the recycle, recovery and reuse of materials, where permitted, as an alternate to disposal as a waste. The Company recommends that organic materials classified as RCRA hazardous wastes be disposed of by thermal treatment or incineration at EPA approved facilities. The Company has provided the foregoing for information only; the person generating the waste is responsible for determining the waste classification and disposal method.

## 14. TRANSPORT INFORMATION

This section provides basic shipping classification information. Refer to appropriate transportation regulations for specific requirements.

**US DOT**

Dangerous Goods? X
    Proper Shipping Name: Combustible liquid, n.o.s.
    Hazard Class: Combustible liquid
    Packing Group: III
    UN/ID Number: NA1993
    Technical Name (N.O.S.):    Methanol, Formaldehyde

| Component / CAS No. | Hazardous Substances / Reportable Quantity of Product (lbs) |
|---|---|
| Formaldehyde | 40160.64 |

    Comments:    Hazardous Substances/Reportable Quantities - DOT requirements specific to Hazardous Substances only apply if the quantity in one package equals or exceeds the product reportable quantity.
Combustible liquids are not regulated in non-bulk packagings unless the combustible liquid is a hazardous substance, a hazardous waste, or a marine pollutant.

**TRANSPORT CANADA**

Dangerous Goods? Not applicable/Not regulated

**ICAO / IATA**

Dangerous Goods? Not applicable/Not regulated

**IMO**

Dangerous Goods? Not applicable/Not regulated

---

# 15. REGULATORY INFORMATION

**Inventory Information**

**United States (USA):** All components of this product are included on the TSCA Chemical Inventory or are not required to be listed on the TSCA Chemical Inventory.

**Canada:** All components of this product are included on the Domestic Substances List (DSL) or are not required to be listed on the DSL.

**Australia:** All components of this product are included in the Australian Inventory of Chemical Substances (AICS) or are not required to be listed on AICS.

**China:** All components of this product are included on the Chinese inventory or are not required to be listed on the Chinese inventory.

**Japan:** All components of this product are included on the Japanese (ENCS) inventory or are not required to be listed on the Japanese inventory.

**Korea:** All components of this product are included on the Korean (ECL) inventory or are not required to be listed on the Korean inventory.

**Philippines:** All components of this product are included on the Philippine (PICCS) inventory or are not required to be listed on the Philippine inventory.

**OTHER ENVIRONMENTAL INFORMATION**
The following components of this product may be subject to reporting requirements pursuant to Section 313 of CERCLA (40 CFR 372), Section 12(b) of TSCA, or may be subject to release reporting requirements (40 CFR 307, 40 CFR 311, etc.) See Section 13 for information on waste classification and waste disposal of this product.

| Component / CAS No. | % | TPQ (lbs) | RQ(lbs) | S313 | TSCA 12B |
|---|---|---|---|---|---|
| Formaldehyde | < 0.25 | 500 | 100 | Yes | No |
| 50-00-0 | | | | | |

**PRODUCT HAZARD CLASSIFICATION UNDER SECTION 311 OF SARA**
- Chronic
- Fire

---

# 16. OTHER INFORMATION

**NFPA Hazard Rating (National Fire Protection Association)**

Health: 1 - Materials that, under emergency conditions, can cause significant irritation.

Fire: 2 - Materials that must be moderately heated or exposed to relatively high ambient temperatures before ignition can occur.

Instability: 0 - Materials that in themselves are normally stable, even under fire exposure conditions.

**Reasons For Issue:**          Revised Section 1

Randy Deskin, Ph.D., DABT +1-873-357-3100

This information is given without any warranty or representation. We do not assume any legal responsibility for same, nor do we give permission, inducement, or recommendation to practice any patented invention without a license. It is offered solely for your consideration, investigation, and verification. Before using any product, read its label.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

---

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

Court File No. 1:12-cv-625

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

---

# EXHIBIT T

**Cross Linker B**



Print Date: 05/08/2008
Revision Date: 05/08/2008

## MATERIAL SAFETY DATA SHEET

## 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**Product Name:**

| | |
|---|---|
| **Synonyms:** | None |
| **Chemical Family:** | Melamine-formaldehyde resin |
| **Molecular Formula:** | Mixture |
| **Molecular Weight:** | Mixture |

CYTEC INDUSTRIES INC., FIVE GARRET MOUNTAIN PLAZA, WEST PATERSON, NEW JERSEY 07424, USA
For Product Information call 1-800/652-6013. Outside the USA and Canada call 1-973/357-3193.

**EMERGENCY PHONE (24 hours/day) - For emergency involving spill, leak, fire, exposure or accident call:**
**Asia Pacific Region:**
  Australia - +61-3-9663-2130 or 1800-033-111
  China (PRC) - +86(0)532-8388-9090 (NRCC)
  New Guinea - +61-3-9663-2130
  New Zealand - +61-3-9663-2130 or 0800-734-607
  All Others - +65-633-44-177 (CareChem24 Singapore)
Canada: 1-905-356-8310 (Cytec Welland, Canada plant)
Europe/Africa/Middle East: +44-(0)208-762-8322 (CareChem24 UK)
**Latin America:**
  Brazil - 0800 0111 767 (SOS Cotec)
  Chile - +56-2-247-3600 (CITUC QUIMICO)
  All Others - +52-376-73 74122 (Cytec Atequiza, Mexico plant)
USA: +1-703-527-3887 or 1-800-424-9300 (CHEMTREC)

SEP 2 3 2008

® Indicates trademark registered in the U.S. Outside the U.S., mark may be registered, pending or a trademark. Mark is
or may be used under license.

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

**OSHA REGULATED COMPONENTS**

| Component / CAS No. | % (w/w) | OSHA (PEL): | ACGIH (TLV) | Carcinogen |
|---|---|---|---|---|
| Formaldehyde 50-00-0 | <= 0.4 | 0.75 ppm (TWA) 2 ppm see 29 CFR 1910.1048 (STEL) 0.75 ppm (TWA) 0.5 ppm (Action Level) 2 ppm (STEL) | 0.3 ppm (Ceiling) | IARC 1 NTP OSHA |

## 3. HAZARDS IDENTIFICATION

### EMERGENCY OVERVIEW

**APPEARANCE AND ODOR:**

| | |
|---|---|
| Color: | water-white |
| Appearance: | viscous liquid |
| Odor: | formaldehyde |

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 43 of 102

**STATEMENTS OF HAZARD:**
**NO WARNING**
**STATEMENT**

**CHRONIC HAZARD WARNING:**
POTENTIAL CANCER HAZARD - CONTAINS FORMALDEHYDE
Risk of cancer depends on duration and level of exposure

**POTENTIAL HEALTH EFFECTS**

**EFFECTS OF EXPOSURE:**
The acute oral (rat) LD50 and dermal (rabbit) LD50 values are >10000 mg/kg and >10000 mg/kg, respectively. The 4-hour inhalation (rat) LC50 value is estimated to be >15 mg/l. No eye irritation were observed in primary irritation studies in rabbits. No skin irritation or sensitization was observed in human patch test studies. Refer to Section 11 for toxicology information on the regulated components of this product.

---

# 4. FIRST AID MEASURES

**Ingestion:**
Material is not expected to be harmful by ingestion. No specific first aid measures are required.

**Skin Contact:**
Wash immediately with plenty of water and soap.

**Eye Contact:**
Rinse immediately with plenty of water for at least 15 minutes.

**Inhalation:**
Remove to fresh air. If breathing is difficult, give oxygen. Obtain medical advice if there are persistent symptoms.

---

# 5. FIRE-FIGHTING MEASURES

**Suitable Extinguishing Media:**
Use water spray, carbon dioxide or dry chemical.

**Protective Equipment:**
Firefighters, and others exposed, wear self-contained breathing apparatus.

**Special Hazards:**
Keep containers cool by spraying with water if exposed to fire.

---

# 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions:**
Refer to Section 8 (Exposure Controls/Personal Protection) for appropriate personal protective equipment.

**Methods For Cleaning Up:**
Cover spills with some inert absorbent. Sweep up into containers for disposal. Flush spill area with water.

---

# 7. HANDLING AND STORAGE

**HANDLING**
**Special Handling Statements:** None

**STORAGE**
Keep from freezing.

**Storage Temperature:** Store at 4.4 - 32.2 °C 40 - 90 °F
**Reason:** Quality.

---

# 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Engineering Measures:**
Engineering controls are not usually necessary if good hygiene practices are followed.

**Respiratory Protection:**
Where exposures are below the established exposure limit, no respiratory protection is required. Where exposures exceed the established exposure limit, use respiratory protection recommended for the material and level of exposure.

**Eye Protection:**
Wear eye/face protection.

**Skin Protection:**
Avoid skin contact. Wear impermeable gloves.

**Additional Advice:**
Before eating, drinking, or smoking, wash face and hands thoroughly with soap and water. It is recommended that a shower be taken after completion of workshift especially if significant contact has occurred. Work clothing should then be laundered prior to reuse. Street clothing should be stored separately from work clothing and protective equipment Work clothing and shoes should not be taken home.

---

# 9. PHYSICAL AND CHEMICAL PROPERTIES

| Color: | water-white |
|---|---|
| **Appearance:** | viscous liquid |
| **Odor:** | formaldehyde |
| **Boiling Point:** | ~100 °C      212 °F |
| **Melting Point:** | Not applicable |
| **Vapor Pressure:** | Not available |
| **Specific Gravity/Density:** | 1.25 @ 25 °C |
| **Vapor Density:** | Not available |
| **Percent Volatile (% by wt.):** | ~20.0(water) |
| **pH:** | 8.5 - 9.5 |
| **Saturation In Air (% By Vol.):** | Not available |
| **Evaporation Rate:** | Not available |
| **Solubility in Water:** | Complete |
| **Volatile Organic Content:** | 1% based on composition per A. Bjorseth.Not available |
| **Flash Point:** | >93 °C      200 °F      Tag Closed Cup |
| **Flammable Limits (% By Vol):** | Not available |
| **Autoignition Temperature:** | Not available |
| **Decomposition Temperature:** | Not available |
| **Partition coefficient (n-octanol/water):** | Not applicable |
| **Odor Threshold:** | Not available |

---

# 10. STABILITY AND REACTIVITY

**Stability:**             Stable

**Conditions To Avoid:**    None known

| Polymerization: | Will not occur |
|---|---|
| Conditions To Avoid: | None known |
| Materials To Avoid: | Strong acids and/or oxidizing agents. Nitrating agents |
| Hazardous Decomposition Products: | Carbon monoxide (CO) Carbon dioxide Formaldehyde Ammonia (NH3) methanol oxides of nitrogen |

## 11. TOXICOLOGICAL INFORMATION

Toxicological information for the product is found under Section 3. HAZARDS IDENTIFICATION.
Toxicological information on the regulated components of this product is as follows:

Formaldehyde has oral (rat) and dermal (rabbit) LD50 values of 100 mg/kg and 270 mg/kg, respectively. The LC50 following a 4-hour inhalation exposure to rats is 250-478 ppm (0.31-0.59 mg/l). Irritation of the nose and throat has been observed in people exposed to formaldehyde vapor levels in excess of 1 ppm. Normal breathing may be seriously impaired at levels above 10 ppm and serious lung damage can occur at levels exceeding 50 ppm. Formaldehyde has been reported to cause pulmonary hypersensitivity in some individuals who were exposed to concentrations known to cause irritation; however, no pulmonary sensitization has been demonstrated in laboratory animal studies. Formaldehyde solutions can cause severe eye and moderate skin irritation. Repeated skin exposure to solutions of 2% or more formaldehyde has caused allergic skin reactions. Formaldehyde was found to be weakly mutagenic in a number of in vitro genotoxicity tests and positive in certain in vivo screening tests for mutagenicity. Formaldehyde did not cause birth defects in rats inhaling concentrations up to 10 ppm. However, a study using higher levels did show a slight but statistically significant reduction in male fetal body weight. Lifetime inhalation of formaldehyde vapor at concentrations above 5 ppm for 6 hours per day, caused nasal tumors in laboratory animals. The International Agency for Research on Cancer (IARC) has classified formaldehyde as a Group 1 (known) human carcinogen based on epidemiological evidence linking formaldehyde exposure to the occurrence of nasopharyngeal cancer, a rare type of cancer. IARC also found limited evidence of cancer of the nasal cavity and paranasal sinuses and insufficient evidence for an association between formaldehyde and leukemia. Inhalation caused liver and kidney damage in laboratory animal tests.

California Proposition 65 Warning (applicable in California only) - This product contains (a) chemical(s) known to the State of California to cause cancer.

## 12. ECOLOGICAL INFORMATION

Harmful to aquatic organisms, may cause long-term adverse effects in the aquatic environment.
This material is not readily biodegradable.

### ALGAE TEST RESULTS

Test: Growth Inhibition (OECD 201)
Duration: 96 hr
Species: Green Algae (Selenastrum capricornutum)

| 74.5 mg/l | EbC50 | As Water Accommodating Fraction. |
| 51 mg/l | ErC50 | As Water Accommodating Fraction |

Duration: 0-72 hr.
Species: Green Algae (Selenastrum capricornutum)

## 12. ECOLOGICAL INFORMATION
92.5 mg/l          EbC50          As Water Accommodating Fraction.
88.3 mg/l          ErC50          As Water Accommodating Fraction

**FISH TEST RESULTS**

Test: Acute toxicity, freshwater (OECD 203)
Duration: 96 hr.
Species: Bluegill Sunfish (Lepomis macrochirus)
>1000 mg/l          LC50          As Water Accommodating Fraction

**INVERTEBRATE TEST RESULTS**

Test: Acute Immobilization (OECD 202)
Duration: 48 hr          Procedure: Static
Species: Water Flea (Daphnia magna)
549 mg/l          EC50          As Water Accommodating Fraction

**DEGRADATION**

Test: Closed Bottle (OECD 301D)
Duration: 28 day          Procedure: Ready biodegradability
47.2 %

Test: Biological Oxygen Demand
Duration: 5 day          Procedure: Other
109000 mg/l Oxygen

## 13. DISPOSAL CONSIDERATIONS

The information on RCRA waste classification and disposal methodology provided below applies only to the product, as supplied. If the material has been altered or contaminated, or it has exceeded its recommended shelf life, the guidance may be inapplicable. Hazardous waste classification under federal regulations (40 CFR Part 261 et seq) is dependent upon whether a material is a RCRA "listed hazardous waste" or has any of the four RCRA "hazardous waste characteristics." Refer to 40 CFR Part 261.33 to determine if a given material to be disposed of is a RCRA "listed hazardous waste"; information contained in Section 15 of this MSDS is not intended to indicate if the product is a "listed hazardous waste." RCRA Hazardous Waste Characteristics: There are four characteristics defined in 40 CFR Section 261.21-61.24: Ignitability, Corrosivity, Reactivity, and Toxicity. To determine Ignitability, see Section 9 of this MSDS (flash point). For Corrosivity, see Sections 9 and 14 (pH and DOT corrosivity). For Reactivity, see Section 10 (incompatible materials). For Toxicity, see Section 2 (composition). Federal regulations are subject to change. State and local requirements, which may differ from or be more stringent than the federal regulations, may also apply to the classification of the material if it is to be disposed. The Company encourages the recycle, recovery and reuse of materials, where permitted, as an alternate to disposal as a waste. The Company recommends that organic materials classified as RCRA hazardous wastes be disposed of by thermal treatment or incineration at EPA approved facilities. The Company has provided the foregoing for information only; the person generating the waste is responsible for determining the waste classification and disposal method.

## 14. TRANSPORT INFORMATION

## 14. TRANSPORT INFORMATION

This section provides basic shipping classification information.  Refer to appropriate transportation regulations for specific requirements.

**US DOT**

Proper Shipping Name: ENVIRONMENTALLY HAZARDOUS SUBSTANCE, LIQUID, N.O.S.
Hazard Class: 9
Packing Group: III
UN/ID Number: UN3082
Transport Label Required:     Miscellaneous
Technical Name (N.O.S.):     Formaldehyde
Hazardous Substances:

Component / CAS No.          Reportable Quantity of Product (lbs)
Formaldehyde                 25000

Comments:                    Hazardous Substances/Reportable Quantities - DOT requirements specific to
                             Hazardous Substances only apply if the quantity in one package equals or exceeds
                             the product reportable quantity.

**TRANSPORT CANADA**

Proper Shipping Name: Not applicable/Not regulated

**ICAO / IATA**

Proper Shipping Name: Not applicable/Not regulated
Packing Instructions/Maximum Net Quantity Per Package:
    Passenger Aircraft: -
    Cargo Aircraft: -

**IMO**

Proper Shipping Name: Not applicable/Not regulated

---

## 15. REGULATORY INFORMATION

### INVENTORY INFORMATION

United States (USA):  All components of this product are included on the TSCA Chemical Inventory or are not required to be listed on the TSCA Chemical Inventory.

Canada:  All components of this product are included on the Domestic Substances List (DSL) or are not required to be listed on the DSL.

European Union (EU):  All components of this product are included on the European Inventory of Existing Chemical Substances (EINECS) or are not required to be listed on EINECS.

Australia:  All components of this product are included in the Australian Inventory of Chemical Substances (AICS).

China: All components of this product are included on the Chinese Inventory or are not required to be listed on the Chinese Inventory.

Japan:  All components of this product are included on the Japanese (ENCS) Inventory or are not required to be listed on the Japanese inventory.

Korea:  All components of this product are included on the Korean (ECL) Inventory or are not required to be listed on the Korean inventory.

Phillippines:  All components of this product are included on the Philippine (PICCS) Inventory or are not required to be listed on the Philippine Inventory.

**OTHER ENVIRONMENTAL INFORMATION**

The following components of this product may be subject to reporting requirements pursuant to Section 313 of CERCLA (40 CFR 372), Section 12(b) of TSCA, or may be subject to release reporting requirements (40 CFR 307, 40 CFR 311, etc.) See Section 13 for information on waste classification and waste disposal of this product.

| Component / CAS No. | % | TPQ (lbs) | RQ(lbs) | S313 | TSCA 12B |
|---|---|---|---|---|---|
| Formaldehyde | <= 0.4 | 500 | 100 | Yes | No |
| 50-00-0 | | | | | |

**PRODUCT HAZARD CLASSIFICATION UNDER SECTION 311 OF SARA**

- Chronic

---

## 16. OTHER INFORMATION

**NFPA Hazard Rating (National Fire Protection Association)**

Health: 0 - Materials that under emergency conditions, would offer no hazard beyond that of ordinary combustible materials.

Fire: 1 - Materials that must be preheated before ignition can occur.

Reactivity: 0 - Materials that in themselves are normally stable, even under fire exposure conditions.

**Reasons For Issue:**            Revised Section 12

---

Randy Deskin, Ph.D., DABT +1-079-357-3100

This information is given without any warranty or representation. We do not assume any legal responsibility for same, nor do we give permission, inducement, or recommendation to practice any patented invention without a license. It is offered solely for your consideration, investigation, and verification. Before using any product, read its label.

---

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

---

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

                Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

                Defendants.

Court File No. 1:12-cv-625

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

---

# EXHIBIT Y

# INSPECTION REPORT



**SUB — TROPICAL TESTING SERVICE**

8290 S. W. 120th STREET
MIAMI, FLORIDA 33156
TELEPHONE: (305) 233-5341

LP CANADA, LTD.
EAST RIVER PLANT
RR#1 HUBBARDS
NOVA SCOTIA, CANADA, B0J 1T0

*Bill Camp re: Barry Smith*

ATTN: MR. CHRIS MADER, QUALITY CONTROL DEPT.

| | | |
|---|---|---|
| TEST No: | CNS-79 | |
| REPORT No: | 4 | |
| SAMPLES: | 35 - VARIOUS SIZED HARDBOARD SAMPLES | |
| REFERENCE: | 62853 | |

| | |
|---|---|
| REPORT DATE: | JANUARY 7, 2004 |
| EXPOSURE DATE: | JANUARY 7, 2000 |
| TIME EXPOSED: | 48 MONTHS |
| EXPOSURE TYPE: | 45° SOUTH DIRECT |

| SAMPLE NO. | GLOSS / Colour | WAX BLEED | COLOR | CHALK | DIRT | MILDEW | Peeling | Micro Cracks | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| **5"X12"** | | | | | | | | | |
| 991147 | Acadia | 10 | 9 D | 10 | 9 | 10 | 10 | 10 | |
| 991155 | Sierra | 10 | 10 | 10 | 10 | 10 | 10 | 10 | |
| 991159 | Country Red | 10 | 10 | 10 | 9 | 10 | 10 | 10 | |
| 991247 | Mist Grey | 10 | 6 D | 10 | 6 | 10 | 10 | 10 | |
| **9"X12"** | | | | | | | | | |
| 99949 | Scotia Blue | 10 | 7 F | 10 | 9 | 10 | 10 | 10 | |
| 99956 | Acadia | 10 | 9 D | 10 | 9 | 10 | 10 | 10 | |
| 99965 | Pine Green | 10 | 8 F | 10 | 9 | 10 | 10 | 10 | |
| 99975 | Sand | 10 | 9 F | 10 | 9 | 10 | 10 | 10 | |
| 99980 | Mist Grey | 10 | 5 D | 10 | 6 | 9 | 10 | 10 | |
| 991084 | Sierra | 10 | 10 | 10 | 10 | 10 | 10 | 10 | |
| 991126 | White | 10 | ✱4 D | 10 | - | - | 10 | 10 | ✱ (2-ALGAE) |
| 991240 | Scotia Blue | 10 | 7 F | 10 | 8 | 10 | 10 | 10 | |
| 991305 | Dutch Green | 10 | (2 D) | 10 | 9 | 10 | 10 | 10 | FADED (YELLOW HA? DROPED OUT) |
| **12"X12"** | | | | | | | | | |
| 99919 | D-5 White | 10 | ✱7 D | 10 | 6 | 9 | 10 | 9.5 | ✱ 8-ALGAE |
| 99999 | D-5 Pine GR. | 10 | 9 F | 10 | 9 | 10 | 10 | 10 | SLIGHT FLAKING |
| 991002 | D-5 DTH. GREEN | 10 | (2 D) | 10 | 9 | 10 | 10 | 10 | FADED (YELLOW HAS DROPE OUT) |
| 991016 | U-P Acadia | 10 | 9 D | 10 | 10 | 10 | 10 | 9.5 | |

Numerical Scales: 10 = No Change (None); 9 = Very Slight; 8 = Slight (Very Good); 6 = Moderate (Good); 4 = Pronounced (Fair); 2 = Severe (Poor); 0 = Very Severe (Very Poor). Number ratings in parenthesis are for general appearance.
Abbreviations: F = Fading; D = Darkening; DC = Discoloration; BL = Bleaching; BR = Bronzing; Y = Yellowing; G = Graying; M = Mottled; O = Original; U = Unwashed; W = Washed; P = Polished; S = Scum; HC = Hue Change.
This report is intended for the use of our clients only. This report and the Sub-Tropical Name and Insignia may not be used or reproduced in whole or in part for advertising purposes. Extra copies and back copies available upon request.

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 51 of 102



**SUB — TROPICAL TESTING SERVICE**

8290 S. W. 120th STREET
MIAMI, FLORIDA 33156
TELEPHONE: (305) 233-5341

# INSPECTION REPORT

| TEST No: | CNS-79 | REPORT DATE: | JANUARY 7, 2004 |
|---|---|---|---|

LP CANADA, LTD.
EAST RIVER PLANT
RR#1 HUBBARDS
NOVA SCOTIA, CANADA, B0J 1T0

| REPORT No: | 4 | EXPOSURE DATE: | JANUARY 7, 2000 |
|---|---|---|---|

| SAMPLES: | 35 – VARIOUS SIZED HARDBOARD SAMPLES | TIME EXPOSED: | 48 MONTHS |
|---|---|---|---|

ATTN: MR. CHRIS MADER, QUALITY CONTROL DEPT.

| REFERENCE: | 62853 | EXPOSURE TYPE: | 45° SOUTH DIRECT |
|---|---|---|---|

| SAMPLE NO. | GLOSS Colour | WAX BLEED | COLOR | CHALK | DIRT | MILDEW | Peeling | Micro Cracks | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 991018 | U-P SIERRA | 10 | 10 | 10 | 10 | 10 | 10 | 10 | |
| 991025 | D-5 ylwstn | 10 | 10 | 10 | 10 | 10 | 10 | 10 | |
| 991031 | D-5 Cedar | 10 | 10 | 10 | 10 | 10 | 10 | 10 | |
| 991044 | D-5 ALMOND | 10 | 6 D | 10 | 6 | 9 | 10 | 10 | |
| 991047 | D-5 SAND | 10 | 8 D | 10 | 7 | 9 | 10 | 10 | |
| 991056 | D-5 Mist Grey | ·10 | 7 D | 10 | 7 | 9 | 10 | 10 | |
| 991060 | U-P Sea Blue | 10 | 8 F | 10 | 9 | 10 | 10 | 10 | |
| 991116 | Classic Smooth | 10 | ✳5 D | 10 | 5 | 9 | 10 | 10 | ✳ 5 – ALGAE |
| 991133 | D-5 White | 10 | 7 D | 10 | 6 | 9 | 10 | 9 | 9 – ALGAE |
| 991196 | D-5 Acadia | 10 | 10 | 10 | 10 | 10 | 10 | 10 | |
| 991201 | D-5 arry, RED | 10 | 10 | 10 | 9 | 10 | 10 | 10 | |
| 991216 | U-P Almond | 10 | ✳7 D | 10 | 7 | 9 | 10 | 9 | ✳ 8 – ALGAE |
| 991218 | U-P Pine Green | 10 | 9 F | 10 | 9 | 10 | 10 | 9.5 | |
| 991260 | D-5 Acadia | 10 | 10 | 10 | 10 | 10 | 10 | 9.5 | |
| 991271 | D-5 SIERRA | 10 | 9 F | 10 | 10 | 10 | 10 | 10 | |
| 991275 | D-5 ylwstn | 10 | 10 | 10 | 10 | 10 | 10 | 10 | |
| 991281 | U-P Mist Grey | 10 | 6 D | 10 | 6 | 6 | 10 | 10 | |
| 991292 | D-5 Cedar | 10 | 8 D | 10 | 10 | 10 | 10 | 10 | |

Numerical Scales: 10 = No Change (None); 9 = Very Slight; 8 = Slight (Very Good); 6 = Moderate (Good); 4 = Pronounced (Fair); 2 = Severe (Poor); 0 = Very Severe (Very Poor). Number ratings in parenthesis are for general appearance.
Abbreviations: F = Fading; D = Darkening; DC = Discoloration; BL = Bleaching; BR = Bronzing; Y = Yellowing; G = Graying; M = Mottled; O = Original; U = Unwashed; W = Washed; P = Polished; S = Scum; HC = Hue Change
This report is intended for the use of our clients only. This report and the Sub-Tropical Name and Insignia may not be used or reproduced in whole or in part for advertising purposes. Extra copies and back copies available upon request.

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 52 of 102



**SUB — TROPICAL**
**TESTING SERVICE**

8290 S. W. 120th STREET
MIAMI, FLORIDA 33156
TELEPHONE: (305) 233-5341

TEST No: CNS-79

REPORT DATE: JANUARY 7, 2006

TO: Bill Camp
cc: Jaroslav Stavik

REPORT No: 6

EXPOSURE DATE: JANUARY 7, 2000

LP CANADA, LTD
EAST RIVER PLANT
RR#1 HUBBARDS
NOVA SCOTIA, CANADA, B0J 1T0

SAMPLES: 35 - VARIOUS SIZED HARDBOARD SAMPLES

TIME EXPOSED: 72 MONTHS
(6 YEARS EXPOSED)

ATTN: MR. CHRIS MADER, QUALITY CONTROL DEPT

REFERENCE: 63498

EXPOSURE TYPE: 45° SOUTH DIRECT

| SAMPLE NO | | GLOSS Colour | WAX BLEED | COLOR FADE | | CHALK | DIRT | MILDEW | PEELING | SURFACE MICRO CRACKS | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **6"X12"** | | | | | | | | | | | |
| 991147 | 6" | Acadia | 10 | 9 | F | 10 | 9 | 10 | 10 | 10 | |
| 991155 | 6" | Sierra | 10 | 10 | | 10 | 10 | 10 | 10 | 10 | |
| 991159 | 6" | Country Red | 10 | 8 | F | 10 | 9 | 10 | 10 | 10 | |
| 991247 | 6' | Mist Grey | 10 | 7 | F | 10 | 7 | 8 | 10 | 9° | |
| **9"X12"** | | | | | | | | | | | |
| 99949 | 9" | ✱ Scotia Blue | 10 | ✱ (4 | F) | 10 | 9 | 10 | 10 | 10 | |
| 99956 | 9" | Acadia | 10 | 9 | D | 10 | 9 | 10 | 10 | 9.5 (1 SM1) | |
| 99965 | 9" | Pine Green | 10 | 8 | F | 10 | 9 | 10 | 10 | 9.5 | |
| 99975 | 9" | Sand | 10 | 8 | F | 10 | 9 | 10 | 10 | 10 | |
| 99980 | 9" | Mist Grey | 10 | 8 | F | 10 | 7 | 9 | 10 | 10 | |
| 991084 | 9" | Sierra | 10 | 10 | | 10 | 10 | 10 | 10 | 10 | |
| 991126 | 9" | White | 10 | ✱ 1 | D | 10 | 0 | 0 | 10 | 10 | ✱2-ALGAE |
| 991240 | 9" | ✱ Scotia Blue | 10 | ✱ (5 | F) | 10 | 9 | 10 | 10 | 10 | |
| 991305 | 9" | ✱ Dutch Green | 10 | ✱ (1 | D) | 10 | 9 | 10 | 8 0 | 7 0 | (BADLY FADED) |
| **12"X12"** | | | | | | | | | | | |
| 99918 | | D-5 White | 10 | 7 | BL | 10 | 7 | 8 | 10 | 9 | 8-ALGAE SLIGHT FLAKING |
| 99999 | | D-5 Pine Gr. | 10 | 9 | F | 10 | 9 | 10 | EDGES | 10 | |
| 991002 | | D-5 DTH. Gr. | 10 | (3 | D) | 10 | 9 | 10 | 8 | 7 | (BADLY FADED) |
| 991016 | | U-P Acadia | 10 | 8 | D | 10 | 10 | 10 | 9 | 9.5 | |

Numerical Scales: 10 = No Change (None); 9 = Very Slight; 8 = Slight (Very Good); 6 = Moderate (Good); 4 = Pronounced (Fair); 2 = Severe (Poor); 0 = Very Severe (Very Poor). Number ratings in parenthesis are for general appearance.
Abbreviations: F = Fading; D = Darkening; DC = Discoloration; BL = Bleaching; BR = Bronzing; Y = Yellowing; G = Graying; M = Mottled; O = Original; U = Unwashed; W = Washed; P = Polished; S = Scum; HC = Hue Change
This report is intended for the use of our clients only. This report and the Sub-Tropical Name and Insignia may not be used or reproduced in whole or in part for advertising purposes. Extra copies and back copies available upon request.

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 53 of 102



**SUB — TROPICAL TESTING SERVICE**

8290 S. W. 120th STREET
MIAMI, FLORIDA 33156
TELEPHONE: (305) 233-5341

# INSPECTION REPORT

LP CANADA, LTD
EAST RIVER PLANT
RR#1 HUBBARDS
NOVA SCOTIA, CANADA, BOJ 1TO

ATTN: MR. CHRIS MADER, QUALITY CONTROL DEPT.

| | | | | | | TEST No: | CNS-79 | | REPORT DATE: | JANUARY 7, 2006 |
| REPORT No: | 6 | | EXPOSURE DATE: | JANUARY 7, 2000 |
| SAMPLES: | 35 – VARIOUS SIZED HARDBOARD SAMPLES | | TIME EXPOSED: | 72 MONTHS |
| REFERENCE: | 63498 | | EXPOSURE TYPE: | 45° SOUTH DIRECT |

| SAMPLE NO. | GLOSS COLOUR | WAX BLEED | COLOR | CHALK | DIRT | MILDEW | PEELING | SURFACE MICRO CRACKS | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 991018 | U-P Sierra | 10 | 9 F | 10 | 10 | 10 | 10 | 10 | |
| 991025 | D-5 Ylwstn | 10 | 10 | 10 | 10 | 10 | (9) EDGES | 10 | |
| 991031 | D-5 Cedar | 10 | 9 F | 10 | 10 | 10 | 10 | 10 | |
| 991044 | D-5 Almond | 10 | 8 D | 10 | 7 | 9 | 10 | 10 | |
| 991047 | D-5 Sand | 10 | 8 F | 10 | 8 | 9 | 10 | 10 | |
| 991056 | D-5 Mist Grey | 10 | 6 F | 10 | 8 | 9 | 10 | 9° | |
| 991060 | U-P Sco. Blue | 10 | (4 F) | 10 | 9 | 10 | 10 | 10 | |
| 991116 | Classic Smooth | 10 | 8 BL | 10 | 7 | 9 | (8) EDGES | 10 | SLIGHT FLAKING |
| 991133 | D-5 White | 10 | 8 BL | 10 | 7 | 8 | 10 | 9 | 9-ALGAE |
| 991196 | D-5 Acadia | 10 | 7 F | 10 | 7 | 10 | T/C = 9 | 10 | |
| 991201 | D-5 Ctry. Red | 10 | 6 F | 10 | 9 | 10 | T/C = 9 | 10 | SLIGHT FLAKING |
| 991216 | U-P Almond | 10 | 7 D | 10 | 7 | 9 | 8 | 9° | 8-ALGAE, SLIGHT FLAKING |
| 991218 | U-P Pine Gr. | 10 | 9 F | 10 | 9 | 10 | 9.5 | 9.5 | |
| 991260 | D-5 Acadia | 10 | 8 F | 10 | 10 | 10 | T/C 9.5 | 9 | |
| 991271 | D-5 Sierra | 10 | 7 F | 10 | 10 | 10 | 10 | 10 | |
| 991275 | D-5 Ylwstn | 10 | 9 F | 10 | 10 | 10 | 10 | 10 | |
| 991281 | U-P Mist Grey | 10 | 9 D | 10 | 9 | 9 | 10 | 9.5 | |
| 991292 | D-5 Cedar | 10 | 8 D | 10 | 10 | 10 | 10 | 10 | |

Feb. 23/06

Numerical Scales: 10 = No Change (None); 9 = Very Slight; 8 = Slight (Very Good); 6 = Moderate (Good); 4 = Pronounced (Fair); 2 = Severe (Poor); 0 = Very Severe (Very Poor). Number ratings in parenthesis are for general appearance.
Abbreviations: F = Fading; D = Darkening; DC = Discoloration; BL = Bleaching; BR = Bronzing; Y = Yellowing; G = Graying; M = Mottled; O = Original; U = Unwashed; W = Washed; P = Polished; S = Scum; HC = Hue Change

This report is intended for the use of our clients only. This report and the Sub-Tropical Name and insignia may not be used or reproduced in whole or in part for advertising purposes. Extra copies and back copies available upon request.

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 54 of 102

# INSPECTION REPORT

**SUB — TROPICAL TESTING SERVICE**

8290 S. W. 120th STREET
MIAMI, FLORIDA 33156
TELEPHONE: (305) 233-5341

*TO: Bill CAMP + JAroslAV S.*

LP CANADA. LTD.
EAST RIVER PLANT
P.O. BOX 2010
NOVA SCOTIA, CANADA B0J 1J0

ATTN: MR. CHRIS MADER, QUALITY CONTROL DEPT.

| | | | |
|---|---|---|---|
| TEST No: | CNS-91 | REPORT DATE: | MARCH 28, 2007 |
| REPORT No: | 4 | EXPOSURE DATE: | MARCH 28, 2003 |
| SAMPLES: | 36 - WOOD PANELS | TIME EXPOSED: | 48 MONTHS |
| REFERENCE: | 64765 | EXPOSURE TYPE: | 45° SOUTH DIRECT |

| SAMPLE NO. | GLOSS | PRODUCT & COLOUR | MICRO CRACKING | COLOR | | CHALK | DIRT | MILDEW | Peeling | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| **12"X12"** | | | | | | | | | | |
| H021835 | D-5 | MAIZE YELLOW | 9° | 6 | F | 10 | 8 | 9 | 10 | |
| H021828 | D-5 | MIST GREY | 9° | 6 | F | 10 | 8 | 8 | 10 | |
| H021817 | D-5 | MIDNIGHT BLUE | 9° | 7 | F | 10 | 9 | 10 | 9.5 | |
| H021806 | D-5 | ALMOND ← | 8.0° | 8 | F | 10 | 7 | 9 | 10 | |
| H021799 | D-5 | Sage Green | 8.5° | 7 | F | 10 | 9 | 9 | 10 | |
| H03345 | D-5 | PINE GREEN | 10 | 8 | F | 10 | 10 | 10 | 10 | |
| H03352 | D-5 | ACADIA | 10 | 9 | F | 10 | 10 | 9 | 10 | |
| H021849 | U-P | ACADIA | 10 | 9 | F | 10 | 9 | 9 | 10 | |
| H021851 | U-P | YELLOWSTONE | 9.5 | 9 | F | 10 | 10 | 9 | 10 | |
| H021862 | D-5 | Scotia BLUE | 9 | 7 | F | 10 | 9 | 9 | 10 | |
| H03121 | D-5 | CEDAR | 10 | 10 | | 10 | 10 | 10 | 10 | |
| H03140 | D-5 | SIERRA | 10 | 9 | F | 10 | 10 | 10 | 10 | |
| H03150 | D-5 | ALMOND ← | 7.0° | 8 | F | 10 | 8 | 8 | 10 | EDGE Peeled |
| H03155 | D-5 | DUTCH GREEN | 10 | 7 | F | 10 | 9 | 10 | 10 | " " |
| H03172 | D-5 | SAND | 9.5 | 8 | F | 10 | 8 | 9 | 10 | |
| H03279 | D-5 | Midnight Blue | 9° | 8 | F | 10 | 9 | 10 | 9.5 | |
| H03298 | D-5 | WHITE | 10 | 8 | BL | 10 | 7 | 9 | 10 | |
| H03307 | U-P | Mist Grey | 9° | 8 | F | 10 | 8 | 9 | 10 | |
| H03336 | D-5 | COUNTRY RED | 9.5 | 9 | F | 10 | 9 | 10 | 10 | |

Numerical Scales: 10 = No Change (None); 9 = Very Slight; 8 = Slight (Very Good); 6 = Moderate (Good); 4 = Pronounced (Fair); 2 = Severe (Poor); 0 = Very Severe (Very Poor). Number ratings in parenthesis are for general appearance.
Abbreviations: F = Fading; D = Darkening; DC = Discoloration; BL = Bleaching; BR = Bronzing; Y = Yellowing; G = Graying; M = Mottled; O = Original; U = Unwashed; W = Washed; P = Polished; S = Scum; HC = Hue Change
This report is intended for the use of our clients only. This report and the Sub-Tropical Name and insignia may not be used or reproduced in whole or in part for advertising purposes. Extra copies and back copies available upon request.

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 55 of 102



**SUB — TROPICAL TESTING SERVICE**

8290 S. W. 120th STREET
MIAMI, FLORIDA 33156
TELEPHONE: (305) 233-5341

LP CANADA, LTD.
EAST RIVER PLANT
P.O. BOX 2010
NOVA SCOTIA, CANADA B0J 1J0

ATTN: MR. CHRIS MADER, QUALITY CONTROL DEPT.

| TEST No: | CNS-91 | REPORT DATE: | MARCH 28, 2007 |
| REPORT No: | 4 | EXPOSURE DATE: | MARCH 28, 2003 |
| SAMPLES: | 36 – WOOD PANELS | TIME EXPOSED: | 48 MONTHS |
| REFERENCE: | 64765 | EXPOSURE TYPE: | 45° SOUTH DIRECT |

| SAMPLE NO. | GLOSS | COLOUR | MICRO CRACKING | COLOR | | CHALK | DIRT | MILDEW | PEELING | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **9"X12"** | | | | | | | | | | | |
| H03268 | 9" | DUTCH GREEN | 10 | 7 | F | 10 | 9 | 10 | 10 | | |
| H0379 | 9" | COUNTRY RED | 10 | 9 | F | 10 | 9 | 10 | 10 | | |
| H0371 | 9" | PINE GREEN | 10 | 8 | F | 10 | 9 | 10 | 10 | | |
| H0366 | 9" | SIERRA | 10 | 9 | F | 10 | 10 | 10 | 10 | | |
| H0363 | 9" | CEDAR | 10 | 9 | F | 10 | 10 | 10 | 10 | | |
| H0352 | 9" | ACADIA | 9° | 10 | | 10 | 10 | 10 | 10 | | |
| H0345 | 9" | SAGE GREEN | 9° | 7 | F | 10 | 8 | 9 | 10 | | |
| H0341 | 9" | SCOTIA BLUE | 10 | 8 | F | 10 | 9 | 10 | 10 | | |
| H0331 | 9" | MAIZE YELLOW | 9.5 | 6 | F | 10 | 7 | 9 | 10 | | |
| H0320 | 9" | SAND | 9.5 | 8 | F | 10 | 8 | 9 | 10 | | |
| H03377 | 9" | SAND | 9.5 | 7 | F | 10 | 8 | 10 | 10 | | |
| H03394 | 9" | MIST GREY | 9.5 | 7 | F | 10 | 8 | 10 | 10 | | |
| **6"X12"** | | | | | | | | | | | |
| H03180 | 6" | SAND | 10 | 8 | F | 10 | 8 | 10 | 10 | | |
| H03190 | 6" | White | 10 | 7 | D | 10 | 7 | 9 | 10 | | |
| H03205 | 6" | YELLOWSTONE | 10 | 9 | D | 10 | 10 | 10 | 10 | | |
| H03210 | 6" | Cedar | 10 | 9 | D | 10 | 10 | 10 | 10 | | |
| H03218 | 6" | COUNTRY RED | 10 | 10 | | 10 | 10 | 10 | 10 | | |

Numerical Scales: 10 = No Change (None); 9 = Very Slight; 8 = Slight (Very Good); 6 = Moderate (Good); 4 = Pronounced (Fair); 2 = Severe (Poor); 0 = Very Severe (Very Poor), Number ratings in parenthesis are for general appearance.
Abbreviations: F = Fading; D = Darkening; DC = Discoloration; BL = Bleaching; BR = Bronzing; Y = Yellowing; G = Graying; M = Mottled; O = Original; U = Unwashed; W = Washed; P = Polished; S = Scum; HC = Hue Change
This report is intended for the use of our clients only. This report and the Sub-Tropical Name and Insignia may not be used or reproduced in whole or in part for advertising purposes. Extra copies and back copies available upon request.

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 56 of 102

# INSPECTION REPORT

**SUB ~ TROPICAL TESTING SERVICE**

8290 S. W. 120th STREET
MIAMI, FLORIDA 33156
TELEPHONE: (305) 233-5341

Page 1 of

_P CANADA, LTD.
EAST RIVER PLANT
P.O. BOX 2010
NOVA SCOTIA, CANADA  B0J 1J0

ATTN: MR.CHRIS MADER, QUALITY CONTROL DEPT.

TEST No: CNS-91

REPORT No: 6

SAMPLES: 36 - WOOD PANELS

REFERENCE: 65665

REPORT DATE: MARCH 28, 2009

EXPOSURE DATE: MARCH 28, 2003

TIME EXPOSED: 72 MONTHS

EXPOSURE TYPE: 45° SOUTH DIRECT

TO: Bill Camp
Scott Robertson

| APLE NO | GLOSS | PRODUCT COLOR | PEELING | COLOR | CHALK | DIRT | MILDEW | CRACKING | MY RATING ON MICRO CRACKS | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| **12"X12"** | | | | | | | | | | |
| H021835 | D-5 | MAIZE YELLOW | 10 | 5 F | 9 | 10 | 8 | 7 | 8 | |
| H021828 | D-5 | MIST GREY | 10 | 5 F | 9 | 10 | 6 | 6 | 6 | |
| H021817 | D-5 | MIDNIGHT BLUE | 10 | 5 F | 10 | 10 | 9 | 9 | 8 | |
| H021806 | D-5 | ALMOND | 10 | 6 F | 10 | 10 | 7 | 8 | 8 | |
| H021799 | D-5 | SAGE | 10 | 4 F | 8 | 10 | 6 | 6 | 6 | |
| H03345 | D-5 | PINE | 10 | 5 F | 10 | 10 | 8 | 8 | 8 | |
| H03352 | D-5 | ACADIA | 10 | 9 F | 10 | 10 | 8 | 8 | 8 | |
| H021849 | U-P | ACADIA | 10 | 9 F | 10 | 10 | 9 | 10 | 10 | |
| H021851 | U-P | YELLOW STONE | 10 | 9 F | 10 | 10 | 6 | 5 | 5 | |
| H021882 | D-5 | SCOTIA BLUE | 10 | 4 F | 9 | 10 | 8 | 7 | 6 | |
| H03121 | D-5 | CEDAR | 10 | 9 F | 10 | 10 | 9 | 8 | 8 | |
| H03140 | D-5 | SIERRA | 10 | 6 F | 10 | 10 | 7 | 8 | 8 | |
| H03150 | D-5 | ALMOND | 10 | 7 F | 10 | 10 | 4 | 4 | 4 | |
| H03155 | D-5 | DUTCH GREEN | 10 | 2 F | 8 | 10 | 8 | 8 | 8 | |
| H03172 | D-5 | SAND | 10 | 4 F | 9 | 10 | 7 | 7 | 7 | |
| H03279 | D-5 | MIDNIGHT BLUE | 10 | 4 F | 10 | 10 | 8 | 8 | 8 | |
| H03298 | D-5 | WHITE | 10 | 8 BL | 9 | 10 | 9 | 8 | 8 | |
| H03307 | U-P | MIST GREY | 10 | 5 F | 9 | 10 | 5 | 6 | 6 | |
| H03336 | D-5 | COUNTRY RED | 10 | 8 F | 10 | 10 | 8 | 9 | 9 | |

erical Scales: 10 = No Change (None): 9 = Very Slight: 8 = Slight (Very Good): 6 = Moderate (Good): 4 = Pronounced (Fair): 2 = Severe (Poor): 0 = Very Severe (Very Poor), Number ratings in parenthesis are for general appearance.
eviations: F = Fa___  ___ = Darkening: DC = Discoloration: BL = Bleaching: BR = Bronzing: Y = Yellowing: G = Graying: M = ___ ___: O = Original: U = Unwashed: W = Washed: P = Polished: S = Scum: HC = Hue Change
report is intended ___  use of our clients only. This report and the Sub-Tropical Name and insignia may not be used or reproduce___  ___le or in part for advertising purposes. Extra copies and back copies available upon request.



**SUB — TROPICAL TESTING SERVICE**

8290 S. W. 120th STREET
MIAMI, FLORIDA 33156
TELEPHONE: (305) 233-5341

# INSPECTION REPORT

TEST No: **CNS-91**

REPORT No: **6**

SAMPLES: **36 - WOOD PANELS**

REPORT DATE: MARCH 28, 2009

EXPOSURE DATE: MARCH 28, 2003

TIME EXPOSED: **72 MONTHS**

LP CANADA, LTD.
EAST RIVER PLANT
P.O. BOX 2010
NOVA SCOTIA, CANADA B0J 1J0

ATTN: MR. CHRIS MADER, QUALITY CONTROL DEPT.

REFERENCE: 65665

EXPOSURE TYPE: 45° SOUTH DIRECT

| SAMPLE NO. | GLOSS | PRODUCT COLORS | PEELING | COLOR | CHALK | DIRT | MILDEW | CRACKING | OUR RATING ON MICRO CRACKS | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| **9"X12"** | | | | | | | | | | |
| H03268 | 9" | DUTCH GREEN | 10 | 2 F | 9 | 10 | 9 | 9 | 9 | |
| H0379 | 9" | COUNTRY RED | 10 | 7 F | 10 | 10 | 10 | 10 | 9.5 | |
| H0371 | 9" | PINE GREEN | 10 | 4 F | 10 | 10 | 9 | 9 | 9 | |
| H0366 | 9" | SIERRA | 10 | 8 F | 10 | 10 | 10 | 10 | 10 | |
| H0363 | 9" | CEDAR | 10 | 8 F | 10 | 10 | 9 | 9 | 9.5 | |
| H0352 | 9" | ACADIA | (9) VALLEY TILE | 10 | 10 | 10 | 8 | 8 | 7 | |
| H0345 | 9" | Sage | 10 | 4 F | 10 | 10 | 9 | 7 | 7 | |
| H0341 | 9" | SCOTIA BLUE | 10 | 3 F | 8 | 10 | 9 | 8 | 8 | |
| H0331 | 9" | MAIZE YELLOW | 10 | 3 F | 10 | 10 | 7 | 8 | 8 | |
| H0320 | 9" | SAND | 10 | 5 F | 10 | 10 | 6 | 8 | 8.5 | |
| H03377 | 9" | SAND | 10 | 4 F | 10 | 10 | 7 | 7 | 7 | |
| H03394 | 9" | MIST GREY | 10 | 3 F | 8 | 10 | 9 | 9 | 9.5 | |
| **6"X12"** | | | | | | | | | | |
| H03180 | 6" | SAND | | 7 F | 10 | 10 | 9 | 10 | 9.5 | |
| H03190 | 6" | White | 10 | 8 BL | 9 | 10 | 6 | 7 | 8 | |
| H03205 | 6" | YELLOWSTONE | 10 | 10 | 10 | 10 | 10 | 10 | 10 | |
| H03210 | 6" | CEDAR | 10 | 8 F | 10 | 10 | 10 | 10 | 9.5 | |
| H03218 | 6" | COUNTRY Red | 10 | 8 F | 10 | 10 | 10 | 10 | 10 | |

Numerical Scales: 10 = No Change (None); 9 = Very Slight; 8 = Slight (Very Good); 6 = Moderate (Good); 4 = Pronounced (Fair); 2 = Severe (Poor); 0 = Very Severe (Very Poor). Number ratings in parenthesis are for general appearance.
Abbreviations: F = Fading; D = Darkening; DC = Discoloration; BL = Bleaching; BR = Bronzing; Y = Yellowing; G = Graying; M = Mottled; O = Original; U = Unwashed; W = Washed; P = Polished; S = Scum; HC = Hue Change
This report is intended for the use of our clients only. This report and the Sub-Tropical Name and Insignia may not be used or reproduced in whole or in part for advertising purposes. Extra copies and back copies available upon request.

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 59 of 102

# INSPECTION REPORT

**SUB — TROPICAL TESTING SERVICE**

8290 S. W. 120th STREET
MIAMI, FLORIDA 33156
TELEPHONE: (305) 233-5341

TEST No: CNS-98

REPORT DATE: MARCH 31, 2009

LP CANADA, LTD.
EAST RIVER PLANT
P.O. BOX 2010
NOVA SCOTIA, CANADA  B0J 1J0

*To: Bill Camp*
*Scott Robertson*

REPORT No: 4

SAMPLES: 34 - VARIOUS SIZE HARDBOARD PANELS

EXPOSED:

EXPOSURE DATE: MARCH 31, 2006

*EXPOSED 48 MONTHS*

ATTN: MR. CHRIS MADER, QUALITY CONTROL DEPT.

REFERENCE: 65672

EXPOSURE TYPE: 45° SOUTH DIRECT

| SAMPLE NO. | GLOSS | PRODUCT COLOR | PEELING | COLOR | | CHALK | DIRT | MILDEW | MICRO CRACKS | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| **6"X12"** | | | | | | | | | | |
| H0587 | 6" | Country Red | 10 | 10 | | 10 | 9 | 10 | 10 | |
| H05287 | 6" | Mid Night Blue | 10 | 10 | | 10 | 9 | 10 | 10 | |
| H05301 | 6" | Acadia | 10 | 10 | | 10 | 10 | 10 | 9.5 | |
| H05316 | 6" | Sierra | 10 | 10 | | 10 | 10 | 10 | 10 | |
| **9"X12"** | | | | | | | | | | |
| H04177S | 9" | Maize Yellow | 10 | 8 | D | 10 | 7 | I | 8 | |
| H0545 | 9" | Sand | 10 | 6 | F | 10 | 10 | 10 | 9.5 | |
| VH0553 | 9" | White (Valspar) | 10 | 8 | BL | 10 | 7 | 6 | 10 | |
| H05234 | 9" | Country Red | 10 | 10 | | 10 | 9 | 10 | 10 | |
| H05245 | 9" | Yellowstone | 10 | 9 | F | 10 | 10 | 10 | 10 | |
| H05262 | 9" | Sand | 10 | 8 | F | 10 | 10 | 10 | 7° | |
| H05338 | 9" | Sage | 10 | 8 | F | 10 | 10 | 9 | 7° | |
| H05346 | 9" | Scotia Blue | 10 | 7 | F | 10 | 10 | 9 | 6° | |
| H05354 | 9" | Mist Grey | 10 | 7 | F | 10 | 9 | 9 | 9 | |
| **12"X12"** | | | | | | | | | | |
| H041806 | D-5 | White (Valspar) | 10 | 1 | D | 10 | 5 | (2) | 10 | 4/30/09 |
| H041814 | D-5 | Maize Yellow | 10 | 8 | F | 10 | 9 | 9 | 9 | |
| H041822 | D-5 | Mist Grey | 10 | 7 | F | 10 | 9 | 9 | 6° | |
| H041832 | U-P | Yellowstone | 10 | 10 | | 10 | 10 | 9 | 10 | |

Numerical Scales: 10 = No Change (None); 9 = Very Slight; 8 = Slight (Very Good); 6 = Moderate (Good); 4 = Pronounced (Fair); 2 = Severe (Poor); 0 = Very Severe (Very Poor). Number ratings in parenthesis are for general appearance.
Abbreviations: F = Fading; D = Darkening; DC = Discoloration; BL = Bleaching; BR = Bronzing; Y = Yellowing; G = Graying; M = Mottled; O = Original; U = Unwashed; W = Washed; P = Polished; S = Scum; HC = Hue Change
This report is intended for the use of our clients only. This report and the Sub-Tropical Name and Insignia may not be used or reproduced in whole or in part for advertising purposes. Extra copies and back copies available upon request.



## SUB ~ TROPICAL TESTING SERVICE

8290 S. W. 120th STREET
MIAMI, FLORIDA 33156
TELEPHONE: (305) 233-5341

## INSPECTION REPORT

LP CANADA, LTD.
EAST RIVER PLANT
P.O. BOX 2010
NOVA SCOTIA, CANADA  B0J 1J0

ATTN: MR. CHRIS MADER, QUALITY CONTROL DEPT.

| TEST No: | CNS-98 | REPORT DATE: | MARCH 31, 2009 |
| REPORT No: | 4 | EXPOSURE DATE: | MARCH 31, 2006 |
| SAMPLES: | 34 - VARIOUS SIZE HARDBOARD PANELS | TIME EXPOSED: | 48 MONTHS |
| REFERENCE: | 65672 | EXPOSURE TYPE: | 45° SOUTH DIRECT |

| SAMPLE NO. | | GLOSS PRODUCT COLOR | Peeling | COLOR | CHALK | DIRT | MILDEW | micro cracks | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| H041855 | D-5 | ACADIA | 10 | 10 | 10 | 10 | 10 | 9 | | |
| H041884 | D-5 | CEDAR | 10 | 10 | 10 | 10 | 10 | 9 | | |
| H041893 | D-5 | PINE GREEN | 10 | 9 F | 10 | 9 | 10 | 10 | | |
| H041908 | D-5 | Almond | 10 | 9 F | 10 | 7 | 8 | 4° | | |
| H041920 | U-P | Scotia Blue | 10 | 8 F | 10 | 9 | 10 | 6° | | |
| H055 | D-5 | Sierra | 10 | 10 | 10 | 10 | 10 | 9.5 | | |
| H0528 | D-5 | Sand | 10 | 7 F | 10 | 9 | 9 | 7 | | |
| H05121 | D-5 | Dutch Green | 10 | 9 F | 10 | 9 | 10 | 10 | | |
| H05132 | D-5 | Midnight Blue | 10 | 9 F | 10 | 9 | 10 | 10 | | |
| H05162 | D-5 | Sierra | 10 | 9 F | 10 | 10 | 10 | 9D | | |
| H05196 | D-5 | Maize Yellow | 10 | 6 F | 10 | 8 | 9 | 9 | | |
| H05208 | U-P | Acadia | 10 | 9 D | 10 | 10 | 10 | 8 | | |
| H05224 | D-5 | Country Red | 10 | 9 F | 10 | 10 | 10 | 10 | | |
| UVIB051008 | U-P | Acadia | 10 | 8 F | 10 | 10 | 9 | 8 | | UV Blocker |
| UVIB0504001 | D-5 | Midnight Blue | 10 | 9 F | 10 | 9 | 10 | 9 | | UV Blocker |
| UVIB0501004 | U-P | Country Red | 10 | 9 F | 10 | 9 | 10 | 10 | | UV 11 |
| H05381 | D-5 | Almond | 10 | 8 F | 10 | 8 | 7 | 6° | | |

4/30/09

Numerical Scales: 10 = No Change (None): 9 = Very Slight: 8 = Slight (Very Good): 6 = Moderate (Good): 4 = Pronounced (Fair): 2 = Severe (Poor): 0 = Very Severe (Very Poor). Number ratings in parenthesis are for general appearance.
Abbreviations: F = Fading: D = Darkening: DC = Discoloration: BL = Bleaching: BR = Bronzing: Y = Yellowing: G = Graying: M = Mottled: O = Original: U = Unwashed: W = Washed: P = Polished: S = Scum: HC = Hue Change
This report is intended for the use of our clients only. This report and the Sub-Tropical Name and Insignia may not be used or reproduced in whole or in part for advertising purposes. Extra copies and back copies available upon request.

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 60 of 102

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Court File No. 1:12-cv-625

Plaintiffs,

v.

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

# EXHIBIT Z

**DSET LABORATORIES**
45601 North 47ᵗʰ Avenue
Phoenix, Arizona 85087-7042  USA

Phone: (623) 465-7356
Toll Free: (800) 255-3738
Fax: (623) 465-9409



AKZO NOBEL COATINGS INC
Test Number:  AQ18097
Report Number:  7
Test Part:  1 of 1
Date:  August 27, 2004

# TEST PART 1

## EXPOSURE DATA

| | |
|---|---|
| **Location:** | New River, Arizona |
| **Exposure Period:** | January 27, 2004 to August 27, 2004 |
| **Type of Test:** | EMMAQUA SOAK/FREEZE/THAW |

**Radiant Energy:**   Total:  30,857 MJ/m²; 737,509 Langleys
UV:  913 MJ/m² (295-385 nm)

## OBSERVATIONS, DEVIATIONS, OR WAIVERS

```
1/25/04 - Initial Inspection
Specimens were previously exposed under test number AQ16314.  The visual
ratings reported are from the final inspection during the last exposure.
The initial color readings are the initial readings from test AQ16314.
```



ISO/IEC 17025
CERT # 717.01

SOUTH FLORIDA TEST SERVICE
DSET LABORATORIES



Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 62 of 102

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

Court File No. 1:12-cv-625

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

# EXHIBIT AA



# Harvard Law School

# Program on the Legal Profession

◆ law.harvard.edu/programs/plp ◆



# The Canadian
# Legal Profession



© 2011 by the President and Fellows of Harvard College. All rights reserved.

## Disclaimer

These reports reflect research done by students at HLS in the Spring of 2011, and are based on secondary sources, as noted in each report. While we believe the information reflected in the reports to be true, the information has not been independently verified, and the reports are not meant to be complete with respect to any particular topic, and particularly as regards the legal system in its entirety, or in political or constitutional context. Readers should also recognize that terminology may vary from country to country, which may make naïve comparisons misleading. For example, the concept of a "lawyer" varies from country to country, and data on "lawyers" may include practicing and non-practicing attorneys. No one should rely on the information contained in the reports for any purpose.

| Canada | |
|---|---|
| **Legal Education** | |
| **Structure of legal education** | Canadian legal education begins with a three-year law degree, which is either a Bachelor of Laws (LL.B) or Juris Doctor (J.D.) in the common law provinces (all but Quebec), or a Bachelor of Civil Law (B.C.L.) in Quebec. Admission to law schools in Canada requires at least some undergraduate study but does not require the completion of an undergraduate degree.<br><br>Following law school, graduates article (train with a practicing lawyer) and then write the licensing exam or exams administered by the law society of the province in which the graduate seeks admission. The duration and nature of the articling period and the licensing exam vary by law society. The length of the articling term is six months in Quebec and between nine and 12 months in the common law provinces.[i] |
| **Typical age of starting lawyer** | Assuming that a lawyer completes a four-year undergraduate degree, a three-year law degree, a ten-month articling period, and a two-month period for studying and passing the licensing examinations, beginning at the age of 18, this lawyer will be admitted to a law society at the age of 26. With a gap between undergraduate graduation and law school, the age will be higher. Of note, it is possible to be admitted to a Canadian law school having completed only two[ii] or three[iii] years of a four-year undergraduate degree or a three-year undergraduate degree and so the starting age for these lawyers will tend to be lower.<br><br>The Law School Admission Council (LSAC) lists the average age of applicants to Canadian law schools as ranging from 24 at the University of Western Ontario Faculty of Law,[iv] to 25 at the University of Calgary Faculty of Law.[v] Queen's University Faculty of Law lists the average starting ages of its classes as low as 22 for the Class of 2013[vi]. The Federation of Law Societies of Canada (FLSC) indicates that most bar applicants have studied for a *minimum* of seven years.[vii] |
| **Status hierarchy of law schools** | There are 21 law schools in Canada (including one that will open in 2011). Of these, 14 offer only common law legal education, four offer only civil law legal education (for Quebec) and two offer both (McGill University and the University of Ottawa).[viii]<br><br>According to Maclean's magazine, which is Canada's only national weekly current affairs magazine[ix], the top three common law schools in Canada are the law schools of the University of Toronto, Osgoode Hall and McGill University.[x] |

| | |
|---|---|
| | These same schools have enjoyed the top three positions, with the University of Toronto in the top position, every year[xi] since Maclean's began publishing its annual survey of Canadian law programs in 2007[xii]. The top civil law school was the Université de Montréal's law program from 2007 to 2009, until it was replaced by the McGill Faculty of Law in the 2010 rankings.[xiii] Maclean's rankings utilize only publically available data and do not rely on data provided by schools.[xiv] Criteria included in the rankings includes elite firm hiring, national reach, supreme court clerkships, graduates hired as law faculty, and faculty citations.[xv]<br><br>Although Canadian law schools are ranked, there is little variation between "top" and "bottom" law schools. LSAT scores of admitted students can be used as a rough proxy of rank for the 15 Canadian schools that require an LSAT score for admittance (all of the common law schools except for the University of Moncton's Faculty of Law require an LSAT score for admission)[xvi]. For example, the University of Manitoba, Maclean's 14th ranked law school, has a median admitted-student LSAT score of 160[xvii] whereas the University of Toronto's law school, Maclean's top-ranked law school, has a median LSAT score of 167[xviii]. |
| **Rough size of top law schools** | As of 2009, the average size of the Canadian common law schools is 510 full-time students, ranging from sizes as small as 230 full-time students at the University of New Brunswick Faculty of Law to sizes as large as 955 full-time students at the University of Ottawa Faculty of Law.[xix] The top three common law schools in Canada have full-time student enrollments of 600 (University of Toronto Faculty of Law), 828 (Osgoode Hall Law School) and 633 (McGill University Faculty of Law, but this program also prepares students to practice civil law).[xx]<br><br>As listed above, McGill's joint common and civil law program has 633 enrollees. The Université de Montréal's civil law program, previously the number-one ranked civil law program in the country, has approximately 1000 students enrolled in its B.C.L. degree program.[xxi] |
| **How professional (vs. academic) is the law degree?** | The law degree is primarily academic, emphasizing general concepts and principles.[xxii] Some Canadian law schools offer optional clinical programs that provide an opportunity to gain practical experience.[xxiii] All law graduates who seek admission to a law society will gain practical experience as a part of their mandatory articling term.<br><br>At the University of Toronto Faculty of Law, for example, "the |

2

| | |
|---|---|
| | heart of the curriculum is developed and delivered by full-time academics" but these full-time professors are supplemented by approximately 60 adjunct faculty made up of practicing lawyers.[xxiv]<br><br>Of note, the current academic-focused system of university training for lawyers in Canada is relatively new. It was not until 1949 that the University of Toronto created Canada's first fully academic three-year legal education program.[xxv] It was not until the 1950s and 1960s that the current model of law society-approved three-year law school programs became the standard.[xxvi] Prior to these developments, no formal university legal education existed in Canada and lawyers developed through apprenticeship under existing lawyers[xxvii] with only supplemental courses provided by law societies.[xxviii] |
| **Professional regulation: basic licensing** | Canada has ten provinces and three territories. Each of these provinces and territories, except for the province of Quebec, has a single law society that governs the legal practice within that province or territory. Quebec, which has adopted the civil law tradition of France, has two law societies, one for notaries and one for lawyers.[xxix]<br><br>The Federation of Law Societies of Canada (FLSC) is a national body that coordinates some of the activities of the above-mentioned 14 law societies of Canada. The roles of the FLSC include voicing interests common to all of the law societies on a national and international level, managing accreditation for individuals with foreign legal credentials, sponsorship of continuing legal education programs, and operation of a publically-accessible database of Canadian laws and court decisions.[xxx]<br><br>Although each of the law societies regulates its own admission criteria, applicants to Canadian law societies generally require a three-year Bachelor of Law (LL.B) degree or three-year Bachelor of Civil Law (B.C.L.) civil law degree (for Quebec applicants[xxxi]). Applicants holding these credentials can generally be admitted as a "student-at-law." Students-at-law must complete an articling period (generally six to 12 months, with variation by law society), their law society's bar exam, and a character demonstration before being admitted as a full member of a law society.[xxxii]<br><br>Undergraduate degrees are generally not required for admission to these societies, although at least some undergraduate education is generally required for admission to Canadian law |

3

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 68 of 102

|  | schools. For example, Quebec's law society requires two years of general undergraduate education, but not an undergraduate degree [xxxiii] and Ontario's law society does not require any undergraduate education.[xxxiv] |
|---|---|
| **Length of study for licensure** | Licensing examinations, which vary by law society, occur after the conclusion of the articling period.<br><br>In Ontario, for example, the law society provides applicants with the materials necessary to study for the examinations approximately one month before their time of writing.[xxxv] In British Columbia, applicants complete a ten-week Professional Legal Training Course designed to prepare students for the licensing examinations as part of their Law Society Admission Program.[xxxvi] |
| **Requalification** | Most of the provincial law societies have entered into a mutual cross-licensing agreement, making it fairly easy for a licensed lawyer in good standing in one province to obtain a permanent license to practice in another province. Lawyers can be licensed in multiple provinces. Only limited temporary practice in another province is allowed before a permanent license for that province is required. [xxxvii] Inter-province mobility with Quebec is subject to some limitations because it is a civil law jurisdiction.[xxxviii]<br><br>Foreign attorneys may requalify by first applying to the National Committee on Accreditation for an NCA Certificate and then applying to the law society in the province or territory in which they are seeking admission. Quebec imposes additional requirements such as passage of a French foreign language test.[xxxix] |
| **Lawyers per population and lawyers per working population** | As of 2007, there are 78,568 *practicing* members of Canadian law societies.[xl] The population of Canada is 27.9 million, with 18.7 million people in the workforce.[xli]<br><br>These figures give a lawyer to population ratio of approximately 1:350 and a lawyer to working population ratio of approximately 1:240. |
| **Law Firms** ||
| **Size of law firms** | Of Canada's 30 largest law firms, the average size is 327 lawyers and the median size is 239 lawyers.[xlii] There are 96 law firms in Canada with more than 50 lawyers.[xliii] |
| **Share of lawyers employed in top law firms** | There is neither an AmLaw 100 nor a FT 100 in Canada.[xliv] The top seven firms, the "Seven Sisters," employ 2,672 lawyers in Canada (2,799 worldwide)[xlv], or approximately 2.8% of Canadian lawyers. |

4

| | |
|---|---|
| | Canada's 30 largest law firms employ approximately 10,000 lawyers.[xlvi] This figure represents approximately 13% of Canadian lawyers.<br><br>Looking at Quebec in particular, Quebec's 20 largest law firms employ 2,439 lawyers[xlvii], or approximately 11% of Quebec's 22,100 lawyers[xlviii]; this indicates that law firms in the civil law jurisdiction employ a comparable proportion of lawyers to law firms in Canada generally. |
| **Profitability of law firms** | The *Canadian Lawyer* magazine published a survey in September 2010 that listed the income of partners at law firms in Canada.[xlix] Of the 193 firms that responded, "44 per cent make between $51,000 and $150,000 per year with 22 per cent each in the ranges of $51,000 to $100,000 and $101,000 to $150,000. Seven per cent of the partners are in the highest pay bracket surveyed, $450,000 and up, while 9.7 per cent are in the lowest bracket, up to $50,000."[l]<br><br>However, the majority of these respondent firms are small (fewer than 10 lawyers).[li] When looking at law firms with between 10 and 49 lawyers, 22% of firms reported partner income above $450,000 and another 35% of firms reported partner income between $150,000 and $450,000.[lii] |
| **Leverage of law firms** | Although reliable figures on the leverage of Canadian law firms has proven difficult to find, Grant Weaver, a partner at the Canadian law firm Bull, Housser & Tupper LLP, has been quoted as saying that a ratio of partners to associates of "1:1 or perhaps 1:1.5 is normal for Canadian firms."[liii] |
| **Compensation structure** | Ed Wesemann, "a consultant specializing in assisting law firms with strategic issues involving market dominance, governance, merger and acquisition and the activities necessary for strategy implementation,"[liv] has published a global survey of law firm compensation practices. In this survey, he reports that 30% of large Canadian law firms use a combination of lockstep and subjective criteria for partner compensation while the remaining 70% use purely subjective criteria for partner compensation.[lv] Wesemann defines subjective criteria as meaning "that the overall contribution of partners, both qualitative and quantitative, are taken into account in deciding compensation and while statistical performance may be a factor in these decisions, it has no predetermined weight in the deliberations."[lvi] Wesemann reports that approximately 85% of large Canadian law firms use a non-equity partner mechanism.[lvii] |
| **Law firm retirement age** | The Retirement Lifecycle Center, a retirement consulting firm, reports that "[m]ost [Canadian law] firms who have a |

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 70 of 102

| | |
|---|---|
| | mandatory retirement policy have set anywhere from 65-75 as the end of equity association with the firm, with the average settling somewhere around 70. Several large Canadian firms are set on age 65 and will only allow a senior lawyer to maintain an association with the firm 'in exceptional circumstances.'"[lviii] The report does not indicate what proportion of Canadian law firms have mandatory retirement policies and additional information about typical retirement age proved difficult to locate. |
| **Law firm governance** | Canadian legal organizations were traditionally limited to general partnerships, but recent legislation has permitted lawyers to form limited partnerships and even legal corporations.[lix] In the case of a limited liability partnership, there must be at least one general partner.[lx] In the case of a legal corporation, a permit must be issued from the law society of the province in which that corporation will operate.[lxi] Shareholders of these corporations are subject to punishment by this law society.[lxii]<br><br>Some provinces limit the activities of these corporations to be of a strictly legal nature, with provisions allowing for the investment of corporate funds.[lxiii] Ownership of voting shares in these corporations is limited to lawyers licensed by the governing law society (or, in some cases, other legal corporations) but the general public is permitted to own non-voting shares, subject to some restrictions.[lxiv] The directors of these legal corporations must be licensed lawyers of the governing law society.[lxv] |
| Law/Legal procedure | |
| **Type of legal system** | Canada has a common law system; however, the province of Quebec uses a civil system for issues of private law.[lxvi] |
| **Punitive damages in civil cases** | Punitive damages in civil cases are to be "awarded in exceptional cases," be "proportionate to the harm or potential harm" caused and be imposed with the goal of "punishment, deterrence and denunciation."[lxvii] Punitive damages are only appropriate in response to "conduct which, because of its harsh, vindictive, reprehensible and malicious nature, deserves punishment."[lxviii]<br><br>Punitive damages typically do not exceed $50,000, and awards greater than $1 million are uncommon.[lxix] |
| **Juries in civil cases** | Juries in civil cases are rare and limited to situations in which damages for personal injury are claimed.[lxx] Although parties are free to request a jury trial for civil cases, the Canadian Charter of Rights and Freedoms does not provide a right for a jury trial in civil matters.[lxxi] |

6

| | |
|---|---|
| | When juries are used in civil cases, their role is generally to answer questions of fact put to them by a judge who then applies those factual findings to his or her determinations of the relevant law.[lxxii] |
| **Rules on contingent fee litigation** | In general, there is no rule against contingent fee litigation so long as fees are fair and reasonable (as all fee arrangements must be under the Canada's Code of Legal Conduct).[lxxiii] In Ontario, for example, contingent fee arrangements "are not *per se* prohibited by the Champerty Act" but must not be entered into by a lawyer with an "improper motive" and not fall within the common law definitions of champterty.[lxxiv] Contingent fee arrangements are not permitted for criminal or family law matters.[lxxv] |
| **Rules of attorney's fees and other costs in litigation** | In general, the losing party in civil litigation is required to pay court costs and the prevailing party's legal expenses.[lxxvi] However, a trial judge has discretion to allocate costs differently if there is evidence of misconduct by the prevailing party.[lxxvii]<br><br>There are two types of costs. Party-party costs are awarded based on a prescribed tariff (fixed reimbursement amounts for specific tasks) and typically result in recovery of approximately 33-50% of actual costs. Solicitor-client costs are intended to indemnify the winning party fully for reasonable costs and typically result in the recovery of approximately 67-75% of actual costs. Solicitor-client costs are normally restricted to cases where a party of counsel exhibits misconduct, similar to sanctions in the U.S.[lxxviii] |
| **Rules on discovery** | Discovery allows for parties to compel their adverse parties to attend an oral examination and to expose evidence such as documents.[lxxix] Canadian courts have recently[lxxx] adopted a principle of "proportionality" in determining whether discovery requests are reasonable.[lxxxi] This principle dictates that the reasonableness of discovery requests must be examined in light of the "complexity of the issues, and [] the amount involved" in the proceeding.[lxxxii] It is currently an open issue as to whether this principle will be used to restrict discovery to admissible evidence.[lxxxiii]<br><br>In addition to the proportionality principle, courts must consider the time and expense required to produce the requested documents, whether producing the documents would cause undue prejudice or undue interference with the "orderly progression of the action" and whether the information is readily available from another source.[lxxxiv] |

7

| Rules on class actions | Class actions are relatively new to Canada, having first been adopted by Quebec in 1978, by Ontario in 1993 and most recently by Nova Scotia in 2008.[lxxxv] Canada's smallest province, Prince Edward Island, still does not have class actions.

The Supreme Court of Canada has favored a broad approach towards class certification. In order to achieve certification, Canadian courts merely require that a class share a "common issue," having explicitly rejected the American requirement that individual issues not predominate over these common issues.[lxxxvi] Despite these broad requirements, it remains an open question in at least Ontario and Quebec as to whether non-residents of those provinces can be included in a class certified in the courts of those provinces.[lxxxvii]

Although new, the Canadian class action mechanisms have had a great impact. In 2005, a class action against the Canadian government was settled for at least $1.9 billion as redress for abuse suffered by students enrolled in Canada's residential school system for Native Canadians.[lxxxviii] This settlement was the largest class action settlement in Canadian history.[lxxxix] |
|---|---|
| **Prevalence and prominence of "plaintiff's bar" and class actions brought on behalf of shareholders or consumers against large companies** | Certifying classes of shareholders in Canada has proven difficult because, until recently, Canada did not allow a "fraud on the market" theory for damages caused to shareholders by market manipulation.[xc] Instead, Canadian courts required individual shareholder reliance to be demonstrated. Four Canadian provinces have now adopted legislation to allow class certification based on a "fraud on the market" theory.[xci] However, successful litigation of this nature remains difficult because this legislation contains caps on damage and requires court approval of good faith and a reasonable probability of success.[xcii]

Despite these limitations, Canada's plaintiffs bar continues to "gain[] strength and sophistication," especially by bringing litigation that is parallel to United States class actions.[xciii] |

[i] Ontario Office of the Fairness Commissioner, Entry-to-Practice Requirements for Five Professions in Five Canadian Provinces (2010), http://www.fairnesscommissioner.ca/en/publications/entry-to-practice_requirements/lawyers.php.

[ii] Dalhousie University's School of Law and the University of Manitoba Faculty of Law, for example.

[iii] *See., e.g.,* University of Toronto Faculty of Law, JD Admissions Frequently Asked Questions (2011), http://www.law.utoronto.ca/prosp_stdn_content.asp?itemPath=3/6/15/6/0&contentId=983#States.

[iv] The Law School Admission Council, Official Guide to Canadian Law Schools: The University of Western Ontario Faculty of Law (2011), http://www.lsac.org/jd/choose/canadian/WesternOntario.asp.

[v] The Law School Admission Council, Official Guide to Canadian Law Schools: University of Calgary Faculty of Law (2011), http://www.lsac.org/jd/choose/canadian/Calgary.asp.

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 73 of 102

[vi] Queen's University Faculty of Law, First Year Class Profile (2011),
http://law.queensu.ca/prospectiveStudents/admissionInformation/firstYearClassProfile.html.

[vii] Federation of Law Societies of Canada, The practice of law in Canada (2010),
http://www.flsc.ca/en/lawSocieties/lawSocieties.asp.

[viii] Maclean's, Ranking Canada's Law Schools (2010), http://oncampus.macleans.ca/education/2010/09/16/ ranking-canada%E2%80%99s-law-schools-3/2/.

[ix] Maclean's, About Maclean's (2011), http://www2.macleans.ca/about-macleans/.

[x] Maclean's, Ranking Canada's Law Schools (2010), http://oncampus.macleans.ca/education/2010/09/16/ ranking-  .
canada%E2%80%99s-law-schools-3/2/.

[xi] Id.; Maclean's, Maclean's second annual ranking of Canadian law schools (2008),
http://oncampus.macleans.ca/education/2008/09/11/overall-ranking/.

[xii] Maclean's, Maclean's First-Ever Ranking of Canadian Law Schools (2007),
http://www.macleans.ca/education/universities/article.jsp?content=20070917_204046_1504.

[xiii] Id.; Maclean's, Maclean's second annual ranking of Canadian law schools (2008),
http://oncampus.macleans.ca/education/2008/09/11/overall-ranking/.; Maclean's, Ranking Canada's law schools
(2009), http://www2.macleans.ca/2009/09/16/ranking-canada%E2%80%99s-law-schools/.

[xiv] Maclean's, Maclean's First-Ever Ranking of Canadian Law Schools (2007),
http://www.macleans.ca/education/universities/article.jsp?content=20070917_204046_1504.

[xv] *Ranking Canada's Law Schools*, MACLEANS, Sept. 16, 2010, available at
http://oncampus.macleans.ca/education/2010/09/16/ranking-canada%e2%80%99s-law-schools-3/2/.

[xvi] The Law School Admission Council, Official Guide to Canadian Law Schools (2011),
http://www.lsac.org/jd/choose/canadian/.

[xvii] The Law School Admission Council, Official Guide to Canadian Law Schools: University of Manitoba Faculty of
Law (2011), http://www.lsac.org/JD/Choose/Canadian/manitoba.asp.

[xviii] The Law School Admission Council, Official Guide to Canadian Law Schools: University of Toronto Faculty of
Law (2011), http://www.lsac.org/JD/Choose/Canadian/toronto.asp

[xix] The Law School Admission Council, Official Guide To Canadian law Schools: Key Facts About Enrollment, Tuition,
and Applications (2011), http://www.lsac.org/JD/Choose/Canadian/Key-Facts.asp.

[xx] *Id.*

[xxi] Université de Montréal, Faculté de droit [Faculty of Law] (2011),
http://www.droit.umontreal.ca/pages_diverses/english.html.

[xxii] The Law School Admission Council, Official Guide To Canadian law Schools: Legal Education in Canada (2011),
http://www.lsac.org/jd/choose/canadian/LegalEdCanada.asp.

[xxiii] *Id.*

[xxiv] University of Toronto Faculty of Law, Faculty (2011), http://www.law.utoronto.ca/prosp_stdn_content.asp?
itemPath= 3/4/5/0/0&contentId=17&cType=webpages.

[xxv] University of Toronto Faculty of Law, A Brief History of The University of Toronto Faculty of Law (2011),
http://www.law.utoronto.ca/prosp_stdn_content.asp?itemPath=3/4/15/0/0&contentId=1219.

[xxvi] NEIL BOYD, CANADIAN LAW: AN INTRODUCTION 172 (3d ed. 2002).

[xxvii] *Id.* at 171.

[xxviii] University of Toronto Faculty of Law, A Brief History of The University of Toronto Faculty of Law (2011),
http://www.law.utoronto.ca/prosp_stdn_content.asp?itemPath=3/4/15/0/0&contentId=1219.

[xxix] Federation of Law Societies of Canada, About Us (2010), http://www.flsc.ca/en/about/about.asp.

[xxx] *Id.*

[xxxi] Admission to the Chambre des notaires du Québec also requires an additional year of study of notarial law. Chambre
des notaires du Québec, Comment Devient-On Notaire [How to Become a Notary] (2007),
http://www.cdnq.org/fr/professionNotaire/jeunesse/html/comment_devenir.html.

[xxxii] Federation of Law Societies of Canada, The practice of law in Canada (2010),
http://www.flsc.ca/en/lawSocieties/lawSocieties.asp.

[xxxiii] Barreau du Québec, Devenir Avocat [Becoming A Lawyer] (2011), http://www.barreau.qc.ca/devenir-avocat/index.html.

[xxxiv] The Law Society of Upper Canada, Becoming A Lawyer in Ontario (2011),
http://rc.lsuc.on.ca/jsp/membershipServices/becomingALawyer.jsp.

[xxxv] The Law Society of Upper Canada, FAQs (2011), http://rc.lsuc.on.ca/jsp/licensingprocesslawyer/FAQs.jsp.

9

[xxxvi] The Law Society of British Columbia, Becoming a Lawyer in BC: Students (2011), http://lawsociety.bc.ca/page.cfm?cid=305&t=Law-Society-Admission-Program.

[xxxvii] Federation of Law Societies in Canada, Mobility of Lawyers in Canada (2010), http://www.flsc.ca/en/committees/mobility.asp

[xxxviii] *Id.*

[xxxix] The Law Society of England and Wales. How to practise in Canada (2007), http://international.lawsociety.org.uk/ip/americas/602/practise

[xl] Federation of Law Societies of Canada, 2007 Law Societies Statistics (2008), http://www.flsc.ca/en/pdf/statistics2007.pdf.

[xli] Statistics Canada, Labour force characteristics, seasonally adjusted, by province (monthly) (2011), http://www40.statcan.gc.ca/l01/cst01/lfss01a-eng.htm.

[xlii] Lexpert, The 30 Largest Law Firms in Canada (2010), http://www.lexpert.ca/directory/files/30LargestFirms2010.pdf.

[xliii] Federation of Law Societies of Canada, 2007 Law Societies Statistics (2008), http://www.flsc.ca/en/pdf/statistics2007.pdf.

[xliv] Telephone interview with Karen McCay, Phoenix Legal Inc., 416-657-2997 (05 Apr. 2011, 17.52)

[xlv] Lexpert ALM 500, 2011 Canada's Largest Law Firms (The 30 Largest Law Firms in Canada 2011), http://www.lexpert.ca/500/CanadaLargestLawFirms.aspx (last visited 15 Apr. 2011).

[xlvi] Lexpert, The 30 Largest Law Firms in Canada (2010), http://www.lexpert.ca/directory/files/30LargestFirms2010.pdf.

[xlvii] Droit-Inc, Palmarès des plus gros cabinets : des surprises? [Ranking of largest firms: surprises?] (2009), http://www.droit-inc.com/article5345-Palmares-des-plus-gros-cabinets-des-surprises.

[xlviii] Federation of Law Societies of Canada, 2007 Law Societies Statistics (2008), http://www.flsc.ca/en/pdf/statistics2007.pdf.

[xlix] *See* Andi Balla, *The 2010 Canadian Lawyer Compensation Survey*, CANADIAN LAWYER, Sept. 2010, at 35.

[l] *Id.*

[li] *Id.*

[lii] *Id.* at 37.

[liii] The Chambers Magazine, Canada: Mixed fortune for law firms (2009), http://www.chambersmagazine.co.uk/Article/CANADA-Mixed-fortunes-for-law-firms.

[liv] Ed Wesemann, Bio (2011), http://edwesemann.com/bio/.

[lv] Ed Wesemann, A Global Survey of Large Law Firm Compensation Practices (2009), http://edwesemann.com/articles/general/2009/10/06/a-global-survey-of-large-law-firm-compensation-practices/.

[lvi] *Id.*

[lvii] *Id.*

[lviii] Retirement Lifestyle Center, Partner Retirement—The Challenges for Canadian Law Firms, http://www.retirementlifestyle.com/userimages/File/A%20Firm%20response%20to%20Retirement.pdf.

[lix] HALSBURY'S LAWS OF CANADA: LEGAL PROFESSION 130 (David Keeshan ed. 2007).

[lx] *Id.* at 143.

[lxi] *Id.* at 144.

[lxii] *Id.*

[lxiii] *Id.* at 145.

[lxiv] *Id.* at 147-48.

[lxv] *Id.* at 149.

[lxvi] The Law Society of England and Wales. How to practise in Canada (2007), http://international.lawsociety.org.uk/ip/americas/602/practise

[lxvii] Whiten v Pilot, [2002] 1 S.C.R. 595 (Can.)

[lxviii] Vorvis v. Ins. Corp. of Brit. Columbia, [1989] 1 S.C.R. 1085 (Can.)

[lxix] Steven R. Schoenfeld et al., *Understand Litigation in Canada*, NEW YORK LAW JOURNAL 3 (16 Apr. 2001), *available at* http://www.torys.com/Publications/Documents/Publication%20PDFs/AR2001-4N.pdf

[lxx] RICHARD A. YATES, CANADA'S LEGAL ENVIRONMENT: ITS HISTORY, INSTITUTION AND PRINCIPLES 153 (1993).

[lxxi] Legroulx v. Pitre, [2009] 256 O.A.C. 1 (Can.).

[lxxii] LINDA S. ABRAMS & KEVIN P. MCGUINNES, CANADIAN CIVIL PROCEDURE LAW 79 (2d ed. 2010).

[lxxiii] NEIL BOYD, CANADIAN LAW: AN INTRODUCTION 190 (3d ed. 2002).

[lxxiv] McIntyre Estate v. Ontario (Attorney General), [2002] 164 O.A.C. 37 (Can.).

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 75 of 102

[lxxv] Julius Melnitzer, *Ontario Officially Ends Prohibition on Contingency Fees*, CORPORATE LEGAL TIMES 28 *Nov. 2004), *available at* http://www.cancorpcounsel.org/en/about_ccca/pdf/ontario_ends_prohibiti on_contingency-fees_clt_canada1104_nov2004.pdf

[lxxvi] RICHARD A. YATES, CANADA'S LEGAL ENVIRONMENT: ITS HISTORY, INSTITUTION AND PRINCIPLES 150 (1993).

[lxxvii] *See, e.g.*, Oleskiw v. Regina (City), [1994] 125 Sask. R. 226 (Can.) (limiting legal fees awarded to plaintiff to the eight days of trial, rather than the full twenty, because plaintiff used those extra days to advance exaggerated and dishonest claims).

[lxxviii] Schoenfeld, *supra* note 66 at 3.

[lxxix] LINDA S. ABRAMS & KEVIN P. MCGUINNES, CANADIAN CIVIL PROCEDURE LAW 1007 (2d ed. 2010).

[lxxx] For example, Ontario adopted the new rules of civil procedure, which contain the proportionality provision and otherwise reform discovery in Ontario on January 1, 2010. Ontario Ministry of the Attorney General, What's New? Changes to the Rules of Civil Procedure (2010), http://www.attorneygeneral.jus.gov.on.ca/english/courts/ civil/changes_to_rules_of_civil_procedure.asp.

[lxxxi] LINDA S. ABRAMS & KEVIN P. MCGUINNES, CANADIAN CIVIL PROCEDURE LAW 1009 (2d ed. 2010).

[lxxxii] *See e.g.*, Ontario Rules of Civil Procedure, R.R.O. 1990, Reg. 194 § 1.04(1.1).

[lxxxiii] LINDA S. ABRAMS & KEVIN P. MCGUINNES, CANADIAN CIVIL PROCEDURE LAW 1010 (2d ed. 2010).

[lxxxiv] *See e.g.*, Ontario Rules of Civil Procedure, R.R.O. 1990, Reg. 194 § 29.2.03(1).

[lxxxv] WARD BRANCH, CLASS ACTIONS IN CANADA ¶1.40 (Supp. 2010)

[lxxxvi] LINDA S. ABRAMS & KEVIN P. MCGUINNES, CANADIAN CIVIL PROCEDURE LAW 548 n46 (2d ed. 2010).

[lxxxvii] LINDA S. ABRAMS & KEVIN P. MCGUINNES, CANADIAN CIVIL PROCEDURE LAW 539-40 (2d ed. 2010).

[lxxxviii] Indian Residential Schools Settlement - Official Court Website, Official Court Notice (2007), http://www.residentialschoolsettlement.ca/summary_notice.pdf.

[lxxxix] CBC News, Decision day for residential schools deal (2007), http://www.cbc.ca/news/canada/story/2007/08/20/aboriginal-settlement.html.

[xc] WARD BRANCH, CLASS ACTIONS IN CANADA ¶5.890 (Supp. 2010)

[xci] WARD BRANCH, CLASS ACTIONS IN CANADA ¶5.907 (Supp. 2010)

[xcii] WARD BRANCH, CLASS ACTIONS IN CANADA ¶5.907 (Supp. 2010); Ontario Securities Act, R.S.O. 1990 c. S.5 § 138.1(1)

[xciii] Robert Todd, Made in the U.S.A., Canadian Lawyer's Magazine (2010), http://www.canadianlawyermag.com/made-in-the-usa.html?print=1&tmpl=component.

11

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

---

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

Court File No. 1:12-cv-625

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

---

# EXHIBIT CC

## David Ritter

**From:** Jim Nelson
**Sent:** Tuesday, October 31, 2006 11:17 AM
**To:** David Ritter; Gary Agansky; Bill Camp
**Subject:** FW: Confirming our earlier Telecon
**Importance:** High

---

**From:** Berthiaume, D (Denis) [mailto:Denis.Berthiaume@sjr.akzonobel.com]
**Sent:** Tuesday, October 31, 2006 7:16 AM
**To:** Jim Nelson
**Subject:** RE: Confirming our earlier Telecon
**Importance:** High

Jim,

We were able in our laboratory to duplicate the paper sticking which mean that we now have a benchmark and this should at least give us a better change of success when other formulations are evaluated.

Denis

Hello Jim,

As requested,

Here is the summary of activities to solve the paper sticking issue:

- An Akzo Nobel conference call was held last Friday October 27, 2006 with the following participants; to discuss options in order to solve the paper sticking problem.

| | |
|---|---|
| Doug Gilliam | V-P N-A from High Point NC |
| Ron Cooper | High Point NC |
| Forest Fleming | High Point NC |
| Phil Moes Technical | Director Clinton Miss |
| Robert Charlebois | Lab Manager St-Jerome, Qc |
| Roger Couture | Group leader Chemist St-Jerome, Qc |
| Denis Berthiaume | GM St-Jerome |

- Revised formulations for basecoat and topcoat that are currently evaluated in our laboratory based on suggestions from the conf. call meeting.
- Finalized lab evaluation and produce revised material this Thursday and Friday.
- Shipping materiel Friday to LP East River
- Materiel will be received Monday November 06, 2006 at LP/ER
- Trials tentatively schedule for Tuesday November 07, 2006
- Initial results Wednesday Morning November 08, 2006

2/8/2007

Another meeting was held today from LP/ER this afternoon with the following attendants;

- Phil Elwood      East-River
- Bill Camp      East River
- Chris Mader      East River
- Jaroslav Stavik      East River
- John Hyslop      East River
- Jim Bignell      Akzo Nobel
- Forest Fleming      Akzo Nobel
- Denis Berthiaume      Akzo Nobel

The discussion was mainly oriented on the trial results from last week and what we could do in the mean time on site in ER to at least get some product out the door even if this would be temporary.

- LP will run product already on schedule (Almond) at a lower production speed for comparison versus regular production speed.
- Akzo/LP could possibly run trials this Thursday with paints already on site at a lower production speed as well as other variables, trial table to be established.
- LP will contact the paper supplier to help us solving the problem.
- LP will look at improving removing the water off the board before packaging.
- LP will look at the gas infrared wavelength ( short ? medium? Long?) since the board surface temperature is decreasing rapidly from 365 F to 100F even before they even get to the cooling water??
- LP will look at other ways of packaging.
- LP expressed concerns for the type of pigment used. Akzo said that we were already looking at alternative pigments

Please let me know if this is satisfactory!

Denis

---

**De :** Jim Nelson [mailto:Jim.Nelson@lpcorp.com]
**Envoyé :** 27 octobre 2006 10:37
**À :** David Ritter; Berthiaume, D (Denis); Bill Camp
**Objet :** Confirming our earlier Telecon

*Denis, thanks for speaking with me today.*

*LP understands that AKZO is as a concerned about the problems with Mid-Night blue as LP. We understand that AKZO is and will continue to use all resources available to solve the problem. That AKZO is concerned that a joint team with AKZO, LP and the paper supplier is not meeting to jointly investigate the problem.*
*I confirmed that I would pass this on and in my opinion it is not an un-reasonable request.*
*We understand that the problem has been on going to one level or another for 4 years. As I explained, LP is to the point where it must find a solution and we hope to do it with AKZO.*
*You will put together a summary of activities to solve the problem and send it to me.*

*On another topic, AKZO tells LP that it is not actively selling Mid-night blue to other customers. Yet it may be supplying other types of Bases Colors in the general market.*

2/8/2007

*Denis, please ensure that AKZO Corp understands the seriousness of this issue and don't hesitate to use all of AKZO's resources to get it solved.*

*We will keep in touch*

*Jim*


*Jim Nelson*
Corporate Supply Manager
Louisiana-Pacific Corporation
PO Box 4000-98
Hayden, ID 83835
TEL:     208 762 1894
CELL:   208 660 4600
FAX:     208-762-1961
EMAIL: Jim.Nelson@LPCorp.com

BUILD WITH US.™

2/8/2007

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Court File No. 1:12-cv-625

Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

# EXHIBIT DD

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | AKZO NOBEL COATINGS LTD | PROSPECT STREET HIGH POINT NC 27260 US |
| NOTIFY PARTY | | |
| SHIPPER | CASCO ADHESIVES AB | FISKARTORPSVGEN KRISTINEHAMN 681 29 SE |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| PONU0861154 | ADHESIVE |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | DFDS - DSV OCEAN TRANSPORT A/S |
| | **ADDRESS** KORNMARKSVEJ 1 BROENDBY , 2605 DENMARK |
| | CONTACT NO.: 7328508000 |
| SHIP REGISTERED IN | UNITED STATES |
| VESSEL | SL RACER |
| VOYAGE | 1008W |
| US PORT | CHARLESTON, SOUTH CAROLINA |
| FOREIGN PORT | BREMERHAVEN |
| COUNTRY OF ORIGIN | GERMANY |
| PLACE OF RECEIPT | GOTEBORG |
| BILL OF LADING | DFDSSTOCLT0382 |
| ARRIVAL DATE | 2010-03-11 |
| QUANTITY | 16 PLL |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 42,962 / 19,528 |
| CBM | 0 |
| HOUSE VS MASTER | H |
| MASTER BILL OF LADING | MAEU550420114 |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 82 of 102

PONU0861154   CASCO ADHESIVES

| RELATED B/L | |
| --- | --- |
| Type (House/Master) | B / L |
| H | DFDSSTOCLT0382 |

0.0489

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 83 of 102

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

---

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

Court File No. 1:12-cv-625

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

---

# EXHIBIT EE

## CONTACT INFO

| Type | Name | Address |
|---|---|---|
| CONSIGNEE | AKZO NOBEL COATINGS LTD | PROSPECT STREET HIGH POINT NC 27260 US |
| NOTIFY PARTY | | |
| SHIPPER | CASCO ADHESIVES AB | FISKARTORPSVGEN KRISTINEHAMN 681 29 SE |

## PRODUCT DETAILS

| Container No. | Description Area |
|---|---|
| CAXU2286962 | HARDENER 7501 |

## TRANSIT DETAILS

| Property | Value |
|---|---|
| CARRIER | DFDS - DSV OCEAN TRANSPORT A/S |
| | **ADDRESS** KORNMARKSVEJ 1 BROENDBY , 2605 DENMARK |
| | CONTACT NO.: 7328508000 |
| SHIP REGISTERED IN | UNITED KINGDOM |
| VESSEL | SEALAND CHAMPION |
| VOYAGE | 1007W |
| US PORT | CHARLESTON, SOUTH CAROLINA |
| FOREIGN PORT | BREMERHAVEN |
| COUNTRY OF ORIGIN | GERMANY |
| PLACE OF RECEIPT | GOTEBORG |
| BILL OF LADING | DFDSSTOCLT0381 |
| ARRIVAL DATE | 2010-03-04 |
| QUANTITY | 11 PLL |
| CONTAINER COUNT | 1 |
| WEIGHT (LB / KG) | 30,710 / 13,959 |
| CBM | 0 |
| HOUSE VS MASTER | H |
| MASTER BILL OF LADING | MAEU550419055 |
| IN-BOND ENTRY TYPE | 00 - CONSUMPTION CATEGORY |

## OTHER INFO

| Container No. | Marks and Numbers Area |
|---|---|

Case 1:12-cv-00625-WO-JLW    Document 36-2    Filed 11/26/12    Page 85 of 102

CAXU2286962   AKZO NOBEL

**RELATED B/L**

| Type (House/Master) | B / L |
|---|---|
| H | DFDSSTOCLT0381 |

0.0626

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 86 of 102

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

---

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

Court File No. 1:12-cv-625

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

---

# EXHIBIT FF

**CD-479 (35)** **Business Corporation North Carolina Ann**
10-28-08

SOSID: 0281099
Date Filed: 6/28/2011 10:11:00 AM
Elaine F. Marshall
North Carolina Secretary of State

CA201033700649

This report may be filed online at the Secretary of State website: www.sos

Name of Business Corporation: **AKZO NOBEL COATINGS INC**

Fiscal Year Ending: **12 31 09**
Month / Day / Year

State of Incorporation: **DELAWARE**

Secretary of State ID Number:

☐ I hereby certify that the information requested below (required by NCGS 55-16-22) has not changed since the most recently filed annual report and is therefore complete.

Nature of Business: **MANUFACTURE AND SALE OF COATINGS PRODUCTS**

Registered Agent: **CT CORPORATION SYSTEM**

Registered Office Mailing Address: **150 FAYETTEVILLE STREET BOX 1011**

County: City: **RALEIGH** State: **NC** Zip Code: **27601**

Registered Office Street Address: **SAME AS MAILING ADDRESS**

County: City: State: Zip Code:

Signature of New Registered Agent:
(Signature constitutes consent to the appointment)

Principal Office Telephone Number: **(312) 544-7078**

Principal Office Mailing Address: **525 W VAN BUREN STREET 16TH FLOOR**

City: **CHICAGO** State: **IL** Zip Code: **60607**

Principal Office Street Address: **SAME AS MAILING ADDRESS**

City: State: Zip Code:

Name, Title, and Business Address of Principal Officers:

| Name: **SEE STATEMENT A ATTACHED** | Title: |
|---|---|
| Address: | |
| City: | State: | Zip: |

| Name: | Title: |
|---|---|
| Address: | |
| City: | State: | Zip: |

| Name: | Title: |
|---|---|
| Address: | |
| City: | State: | Zip: |

Certification of annual report (**Must be completed by all Business Corporations**).

6/22/11
Date

Signature (Form must be signed by an officer of corporation)

**JANICE LUCCHESI**
Type or Print Name

**VICE PRESIDENT TAX**
Title

# AKZO NOBEL COATINGS INC.

U.S. Tax ID <span>*Privacy Redaction*</span>

*Revised August 19, 2010*

## DIRECTORS

| NAME | BUSINESS ADDRESS |
|------|------------------|
| Arabinda Ghosh | c/o Akzo Nobel Coatings Inc.<br>5555 Spalding Drive<br>Norcross, Georgia 30092 |
| John Wolff | c/o Industrial Finishes<br>1313 Windsor Avenue<br>Columbus, OH 43216-0489 |

## OFFICERS

**President**
Arabinda Ghosh            (see above)

**Vice President & General
Manager Akzo Nobel Coil
Coatings Americas**

John Wolff                (see above)

**Vice President, Finance
Industrial Finishes**

Steven Wyatt Ware         c/o Akzo Nobel Coatings, Inc.
                          1567 Prospect Street
                          High Point, NC 27260

**General Manager Wood
Finishes and Adhesives
Americas**

Richard L. Gray           c/o Akzo Nobel Coatings Inc.
                          1567 Prospect Street
                          High Point, North Carolina 27260

**General Manager Wood
Finishes and Adhesives,
U.S.**
Douglas E. Gilliam        c/o Akzo Nobel Coatings Inc.
                          1567 Prospect Street
                          High Point, North Carolina 27260

**Vice President and General
Manager Packaging
Coatings**
Ashok Joshi               c/o Akzo Nobel Paints LLC
                          16651 West Sprague
                          Strongsville, OH 44136

Statement A

# AKZO NOBEL COATINGS INC.

U.S. Tax ID # Privacy Redaction

*Revised August 19, 2010*

**Vice President, Research and Development Packaging Coatings**

Derek G. Rance

c/o Akzo Nobel Paints LLC
16651 West Sprague
Strongsville, OH 44136

**Vice President, Finance Packaging Coatings**

Bruce H. Kleinline

c/o Akzo Nobel Coatings Inc.
P.O. Box 489
1313 Windsor Avenue

**Vice President and General Manager Powder Coatings Americas**

Michael Cash

c/o Akzo Nobel Coatings Inc.
Powder Coatings Division
20 Culvert Street
Nashville, TN 37120

**Vice President, Finance and Information Technology, Powder Coatings Americas**

Robert M. Pennekamp

c/o Akzo Nobel Coatings Inc.
Powder Coatings Division
20 Culvert Street
Nashville, TN 37120

**Vice President & General Manager Marine and Protective Coatings Americas**

Ian Walton

c/o International Paint
6001 Antoine Drive
Houston, Texas 77091

**General Manager Specialty Plastics Americas**

Percy F. Lidback

c/o Akzo Nobel Coatings Inc.
1313 Windsor Ave.
Columbus, OH 43211

**Treasurer & Controller, Car Refinishes, N.A.**

Loa Ann Correll

c/o Akzo Nobel Coatings Inc.
5555 Spalding Drive
Norcross, Georgia 30092

Statement A

## AKZO NOBEL COATINGS INC.

U.S. Tax ID #: Privacy Redaction

*Revised August 19, 2010*

**Assistant Controller Wood**
**Finishes and Adhesives**
Amy J. Shumate

c/o Akzo Nobel Coatings Inc.
1567 Prospect Street
High Point, North Carolina 27260

**Vice President and General**
**Manager Coil and**
**Extrusion Coatings**
**Americas**
Scott Hanna

c/o Akzo Nobel Coatings Inc.
1313 Windsor Ave.
Columbus, OH 43211

**Controller, Coil and**
**Extrusion Coatings**
Marco Wijnands

c/o Akzo Nobel Coatings Inc.
1313 Windsor Ave.
Columbus, OH 43211

**Vice President, Tax**
Janice L. Lucchesi

c/o Akzo Nobel Services Inc.
525 West Van Buren Street
Chicago, Illinois 60607-3823

**Vice President and**
**Secretary**
Charles S.K. Scudder

c/o Akzo Nobel Services Inc.
120 White Plains Road, Suite 300
Tarrytown, New York 10591

**Assistant Secretary**
Michelle L. Meiselman

c/o Akzo Nobel Coatings Inc.
5555 Spalding Drive, Suite 100
Norcross, Georgia 30092

**Assistant Secretary**
Jason Pollack

c/o Akzo Nobel Inc.                120
White Plains Rd., Ste 300      White
Plains, NY 10591

**Assistant Secretary**
Tift H. Shepherd

c/o Akzo Nobel Coatings Inc.
5555 Spalding Drive, Suite 100
Norcross, Georgia 30092

**Tax Officer**
James J. Jackson

c/o Akzo Nobel Services Inc.
525 West Van Buren Street
Chicago, Illinois 60607-3823

Statement A

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

---

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

Court File No. 1:12-cv-625

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

---

# EXHIBIT GG

CD-479 (40)
10-19-06

# Business Corporation North Carolina Annual Report

This report may be filed online at the Secretary of State website: www.sosnc.com

Name of Business Corporation: AKZO NOBEL COATINGS INC.
C/O AKZO NOBEL INC. TAX DEPARTMENT

Fiscal Year Ending:     12 , 31 , 06                    State of Incorporation: DELAWARE
                    Month / Day / Year

Secretary of State ID Number:

☐ I hereby certify that the information requested below (required by NCGS 55-16-22) has not changed since the most recently filed annual report and is therefore complete.

Nature of Business: MANUFACTURING AND SALE OF COATINGS PRODUCTS

Registered Agent: CT CORPORATION SYSTEM

Registered Office Mailing Address: 225 HILLSBOROUGH STREET

County:                     City: RALEIGH          State:   NC   Zip Code: 27603

Registered Office Street Address:   SAME AS MAILING ADDRESS

County:                     City:                  State:        Zip Code:

Signature of New Registered Agent:
                        (Signature constitutes consent to the appointment)

Principal Office Telephone Number:   312-544-7078

Principal Office Mailing Address:   525 W VAN BUREN ST, 16TH FLOOR

                        City: CHICAGO             State:   IL   Zip Code: 60607

Principal Office Street Address:    SAME AS MAILING ADDRESS

                        City:                     State:        Zip Code:

Name, Title, and Business Address of Principal Officers:

| Name: | SEE ATTACHED STATEMENTS A to A-2 | Title: |
|---|---|---|
| Address: | | |
| City: | State: | Zip: |

| Name: | | Title: |
|---|---|---|
| Address: | | |
| City: | State: | Zip: |

| Name: | | Title: |
|---|---|---|
| Address: | | |
| City: | State: | Zip: |

Certification of annual report (Must be completed by all Business Corporations).

_____                          10-5-07
Signature (Form must be signed by an officer of corporation)              Date

JAMES J. JACKSON                                       TAX OFFICER
Type or Print Name                                        Title

603935 3.000

0000NO   2UPJ

# AKZO NOBEL COATINGS INC.

U.S. Tax ID #: Privacy Redaction

*Revised August 8, 2007*

## DIRECTORS

| **NAME** | **BUSINESS ADDRESS** |
|---|---|
| Arabinda Ghosh | c/o Akzo Nobel Coatings Inc.<br>5555 Spalding Drive<br>Norcross, Georgia 30092 |
| John Wolff | c/o Industrial Finishes<br>1313 Windsor Avenue<br>Columbus, OH 43216-0489 |

## OFFICERS

**President**
Arabinda Ghosh     (see above)

**Vice President,
Manufacturing &
Engineering**
Peter A. Scolaro     c/o Akzo Nobel Coatings Inc.
1845 Maxwell Street
Troy, Michigan 48007-7062

**Vice President and General
Manager Akzo Nobel Coil
Coatings North America**

John Wolff     c/o Industrial Finishes
1313 Windsor Avenue
Columbus, OH 43216-0489

**Vice President, Nobilas
Claims & Fleet Solutions**
Jeffrey Sherrill     c/o Akzo Nobel Coatings Inc.
5555 Spalding Drive
Norcross, Georgia 30092

**Vice President, General
Manager Marine and
Protective Coatings**
Ian Walton     c/o International Paint
6001 Antoine Drive
Houston, Texas 77091

**Treasurer & Controller,
Industrial Finishes**
Terrance R. Francek     c/o Akzo Nobel Coatings Inc.
2031 Nelson Miller Parkway
Louisville, Kentucky 40223

Statement

# AKZO NOBEL COATINGS INC.

U.S. Tax ID #: Privacy Redaction

*Revised August 8, 2007*

**Vice President & General Manager, Akzo Nobel Powder Coatings - Americas Region**
Michael Cash

c/o Akzo Nobel Coatings Inc.
4150 East 56th Street
Cleveland, Ohio 44105

**Vice President, Finance & Information Technology, Interpon Powder Coatings**
Robert M. Pennekamp

c/o Akzo Nobel Coatings Inc.
Interpon Powder Coatings Division
20 Culvert Street
Nashville, TN 37120

**Vice President, Automotive Plastic Coatings North America**
Charles Messner

c/o Akzo Nobel Coatings Inc.
1845 Maxwell Drive
Troy, MI 48084

**Vice President, Tax**
Janice L. Lucchesi

c/o Akzo Nobel Services Inc.
525 West Van Buren Street
Chicago, Illinois 60607-3823

**Vice President and**
Charles S.K. Scudder

c/o Akzo Nobel Services Inc.
120 White Plains Road, Suite 300
Tarrytown, New York 10591

**Vice President and General Manager, Akzo Nobel Wood Coatings North America**
Richard L. Gray

c/o Akzo Nobel Coatings Inc.
1567 Prospect Street
High Point, North Carolina 27260

**Treasurer and Controller,**
Loa Ann Correll

c/o Akzo Nobel Coatings Inc.
5555 Spalding Drive
Norcross, Georgia 30092

**Assistant Secretary**
Michelle L. Meiselman

c/o Akzo Nobel Coatings Inc.
5555 Spalding Drive, Suite 100
Norcross, Georgia 30092

Statement A-'

# AKZO NOBEL COATINGS INC.

U.S. Tax ID #: Privacy Redaction

*Revised August 8, 2007*

**Assistant Secretary**
Jeffrey T. Massari

c/o Akzo Nobel Services Inc.
525 West Van Buren Street
Chicago, Illinois 60607-3823

**Assistant Secretary**
Brian P. Curtis

c/o Akzo Nobel Services Inc.
525 West Van Buren Street
Chicago, Illinois 60607-3823

**Assistant Secretary**
Jeff Saye

c/o Akzo Nobel Coatings Inc.
5555 Spalding Drive
Norcross, GA 30092

**Assistant Secretary**
Bruce H. Kleinline

c/o Akzo Nobel Coatings Inc.
P.O. Box 489
1313 Windsor Avenue
Columbus, Ohio 43216-0489

**Assistant Secretary**
Wyatt W. Ware

c/o Akzo Nobel Coatings Inc.
1567 Prospect Street
High Point, North Carolina 27260

**Tax Officer**
James J. Jackson

c/o Akzo Nobel Services Inc.
525 West Van Buren Street
Chicago, Illinois 60607-3823

Statement A-

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Court File No. 1:12-cv-625

Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

# EXHIBIT HH

SOSID: 0281099
Date Filed: 10/31/2005 11:46:00 AM
Elaine F. Marshall
North Carolina Secretary of State
2005 304 00686

**CD-479 (40)**
9-19-03

# Business Corporation
## North Carolina Annual Report

Use this form on
Contact the N.C
Annual Report fo
Liability Partners

Name of Corporation: AKZO NOBEL COATINGS INC.
C/O AKZO NOBEL, INC. – ATTN: TAX DEPT.

State of Incorporation: DELAWARE

Fiscal Year Ending: 12 31 04
Month / Day / Year

Secretary of State Corp. ID Number:

Federal Employer ID Number: ▮▮▮▮

**If this is the initial annual report filing, you must complete the entire form. If your business corporation's information has not changed since the previous report, check the box and complete Line 7 only.** → ☐

1. Registered agent & registered office street address: (Must be a North Carolina Address)
   Name: C T CORPORATION SYSTEM
   Street Address: 225 HILLBOROUGH ST.
   City, State, Zip Code: RALEIGH, NC 27603
   County: WAKE COUNTY

2. Mailing address if different from street address:
   Mailing Address:
   City, State, Zip Code:

3. If registered agent changed, signature of new agent: _____
   (signature constitutes consent to the appointment)

4. Enter principal office address and telephone number here:
   Street Address: 525 W. VAN BUREN ST. – 16TH FL
   City, State, Zip Code: CHICAGO, IL 60607
   Telephone: 312-544-7000

5. Briefly describe the nature of business: MANUFACTURING AND SALE OF COATINGS PRODUCTS

6. Enter name, title, and business address of principal officers here:
   Complete Form CD-479A to list additional principal officers

| | | |
|---|---|---|
| Name: ARABINDA GHOSH | | Title: PRESIDENT |
| Address: 6001 ANTOINE DRIVE | | |
| City: HOUSTON | State: TX | Zip: 77091 |

| | | |
|---|---|---|
| Name: PETER A. SCOLARO | | Title: V.P. |
| Address: 1845 MAXWELL STREET | | |
| City: TROY | State: MI | Zip: 48007 |

| | | |
|---|---|---|
| Name: JAMES J. JACKSON | | Title: OFFICER |
| Address: 525 WEST VAN BUREN STREET | | |
| City: CHICAGO | State: IL | Zip: 60607 |

7. **Certification of annual report (Must be completed by all corporations).**

_____
Signature (Form must be signed by an officer of corporation)

10-16-05
Date

JAMES J. JACKSON
Type or Print Name

TAX OFFICER
Title

4D3935 2 000

0003DA    10/15/2005  14:55:52  V10.6    ▮▮▮▮    1

# Attachment for Additional
## Principal Officers

Name of Corporation: AKZO NOBEL COATINGS INC.    FEIN: ███████

| Name: | JAMES R. REES | Title: | V.P. | | |
|---|---|---|---|---|---|
| Address: | 5555 SPALDING DRIVE | | | | |
| City: | NORCROSS | State: | GA | Zip: | 30092 |

| Name: | TERRANCE R. FRANCEK | Title: | TREASURER | | |
|---|---|---|---|---|---|
| Address: | 2031 NELSON MILLER PARKWAY | | | | |
| City: | LOUISVILLE | State: | KY | Zip: | 40223 |

| Name: | JANICE L. LUCCHESI | Title: | V.P. | | |
|---|---|---|---|---|---|
| Address: | 525 WEST VAN BUREN STREET | | | | |
| City: | CHICAGO | State: | IL | Zip: | 60607 |

| Name: | CHARLES S.K. SCUDDER | Title: | V.P. &SECR | | |
|---|---|---|---|---|---|
| Address: | 7 LIVINGSTON AVENUE | | | | |
| City: | DOBBS FERRY | State: | NY | Zip: | 10522 |

| Name: | MICHELLE L. MEISELMAN | Title: | ASST SECR | | |
|---|---|---|---|---|---|
| Address: | 5555 SPALDING DRIVE, SUITE 100 | | | | |
| City: | NORCROSS | State: | GA | Zip: | 30092 |

| Name: | RAD C. DARBY | Title: | ASST SECR | | |
|---|---|---|---|---|---|
| Address: | 1567 PROSPECT STREET | | | | |
| City: | HIGH POINT | State: | NC | Zip: | 27260 |

| Name: | RICHARD L. GRAY | Title: | ASST SECR | | |
|---|---|---|---|---|---|
| Address: | 1567 PROSPECT STREET | | | | |
| City: | HIGH POINT | State: | NC | Zip: | 27260 |

| Name: | WYATT W. WARE | Title: | ASST SECR | | |
|---|---|---|---|---|---|
| Address: | 1567 PROSPECT STREET | | | | |
| City: | HIGH POINT | State: | NC | Zip: | 27260 |

| Name: | PATRICIA M. GIBA | Title: | OFFICER | | |
|---|---|---|---|---|---|
| Address: | 525 WEST VAN BUREN STREET | | | | |
| City: | CHICAGO | State: | IL | Zip: | 60607 |

| Name: | JEFFREY SHERRILL | Title: | V.P. | | |
|---|---|---|---|---|---|
| Address: | 5555 SPALDING DRIVE | | | | |
| City: | NORCROSS | State: | GA | Zip: | 30092 |

| Name: | ROBIN RANDALL | Title: | V.P. | | |
|---|---|---|---|---|---|
| Address: | 4150 EAST 56TH STREET | | | | |
| City: | CLEVELAND | State: | OH | Zip: | 44101 |

| Name: | ROBERT M. PENNEKAMP | Title: | V.P. | | |
|---|---|---|---|---|---|
| Address: | INTERPON POWDER COATINGS DIV | | | | |
| City: | P.O. BOX 91629 | State: | | Zip: | |

| Name: | JENNIFER L. HALL | Title: | CONTROLLER | | |
|---|---|---|---|---|---|
| Address: | 5555 SPALDING DRIVE | | | | |
| City: | NORCROSS | State: | GA | Zip: | 30092 |

| Name: | J. ANDREW CLAWSON | Title: | ASST TREA | | |
|---|---|---|---|---|---|
| Address: | 5555 SPALDING DRIVE | | | | |
| City: | NORCROSS | State: | GA | Zip: | 30092 |

Case 1:12-cv-00625-WO-JLW   Document 36-2   Filed 11/26/12   Page 99 of 102

# Attachment for Additional
# Principal Officers

Name of Corporation:        FEIN:

| | |
|---|---|
| Name: **JEFFREY T. MASSARI** | Title: **ASST SECR** |
| Address: **525 WEST VAN BUREN STREET** | |
| City: **CHICAGO** | State: **IL**    Zip: **60607** |

| | |
|---|---|
| Name: **BRIAN P. CURTIS** | Title: **ASST SECR** |
| Address: **525 WEST VAN BUREN STREET** | |
| City: **CHICAGO** | State: **IL**    Zip: **60607** |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

| | |
|---|---|
| Name: | Title: |
| Address: | |
| City: | State:    Zip: |

403936 2 000

0003DA      10/15/2005   14:55:52   V10.6        3

Louisiana Pacific Corporation and Louisiana-Pacific Canada Ltd.,

Court File No. 1:12-cv-625

Plaintiffs,

v.

Akzo Nobel Coatings, Inc., Akzo Nobel Coatings, Ltd, and John Does 1-10,

Defendants.

**Affidavit of Shawn M. Raiter in Support of Louisiana Pacific's Memoranda in Opposition to Akzo Nobel Coatings, Ltd.'s Motions to Dismiss**

# EXHIBIT II

# U.S. Based Witnesses and Evidence

| **Party/Witness** | **Type of Evidence** | **Location** |
|---|---|---|
| Akzo, Inc. | Witnesses, documents, test fences, retained siding samples | High Point, NC |
| LP Corp | Witnesses, documents, test fences, retained siding samples | Roaring River, NC |
| Rohm & Haas | Witnesses, documents, test samples | Philadelphia, PA |
| Cytec | Witnesses, documents | Woodland Park, New Jersey |
| Valspar | Witnesses, documents | High Point, NC |
| Atlas | Witnesses, documents, test fences | Chicago, IL Arizona |
| SubTropical Testing Service | Witnesses, documents, test fences | Miami, FL |