IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LOUISIANA-PACIFIC CORPORATION ) <br> and LOUISIANA-PACIFIC ) <br> CANADA LTD., ) <br> ) <br>       Plaintiff, ) <br> ) <br>  v. ) <br> ) <br> AKZO NOBEL COATINGS, INC., ) <br> AKZO NOBEL COATINGS, LTD, ) <br> and JOHN DOES 1-10, ) <br> ) <br>       Defendants. ) | 1:12CV625 |

### JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of subject matter jurisdiction.

This the 29th day of August, 2014.

                                        /s/ William L. Osteen, Jr.
                                 United States District Judge